DATE OF NOTICE: November 21, 2002

<strong>IN THE UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</strong>

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, et al. | : |  |

<strong><u>NOTICE</u></strong>

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on Friday, December 6, 2002 at 11:00 a.m., with the Honorable Michael M. Baylson. Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. Also attached is the Court's Scheduling and Discovery Policy.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

Lynn Meyer<br>
Deputy Clerk to Judge Baylson<br>
267.299.7521

cc:   Christopher Mattox, Esq. (mail)
      John Rollins, Esq. (mail)
Attachments
O:\Pretrial conference forms for cases\Jackson v. Del Co. 02-3230 - pretrial conf.wpd