## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| vs | : | |
| | : | |
| DELAWARE COUNTY; WACKENHUT | : | |
| CORRECTIONS CORPORATION C/O | : | |
| PRENTICE HALL CORP.; WACKENHUT | : | |
| CORPORATION; DELAWARE COUNTY | : | |
| BOARD OF PRISON INSPECTORS; | : | |
| CHARLES SEXTON, CHAIRMAN OF | : | |
| DELAWARE COUNTY BOARD OF | : | |
| PRISON INSPECTORS; GEORGE HILL, | : | |
| SUPERINTENDENT OF DELAWARE | : | |
| COUNTY PRISON (GEORGE W. HILL | : | NO. 02-3230 |
| CORRECTIONAL FACILITY); JAMES | : | |
| JANECKA, WARDEN OF DELAWARE | : | |
| COUNTY PRISON; DEBORAH | : | |
| PERRETTA, HEALTH SERVICES | : | |
| ADMINISTRATOR OF DELAWARE | : | |
| COUNTY PRISON; MARGARET | : | |
| CARRILLO, M.D., DELAWARE | : | |
| COUNTY PRISON; DR. FREDERICK, | : | |
| DELAWARE COUNTY PRISON; DR. | : | |
| HOLLAND HULL, DELAWARE | : | |
| COUNTY PRISON; MERIAN BYRD, | : | |
| NURSE, DELAWARE COUNTY | : | |
| PRISON; CAROL SNELL, NURSE, | : | |
| DELAWARE COUNTY PRISON | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter my appearance as co-counsel on behalf of Defendants, Wackenhut

Corrections Corporation c/o Prentice Hall Corp.; Wackenhut Corporation; Delaware County

Board of Prison Inspectors; Charles Sexton, Chairman of Delaware County Board of Prison

Inspectors; George Hill, Superintendent of Delaware County Prison (George W. Hill

Correctional Facility); James Janecka, Warden of Delaware County Prison; Deboral Perretta,

Health Services Administrator of Delaware County Prison; Margaret Carrillo, M.D., Delaware

County Prison; Dr. Frederick, Delaware County Prison; Dr. Holland Huss, Delaware County

Prison; Merian Byrd, Nurse, Delaware County Prison; and Carol Snell, Nurse, Delaware County

Prison, in reference to the above-captioned matter.


_____

DAVID F. WHITE
Identification No. 55738

**KELLY, MCLAUGHLIN, FOSTER,
BRACAGLIA, DALY, TRABUCCO & WHITE, LLP**
1617 John F. Kennedy Boulevard
Suite 1690
Philadelphia, PA 19103
215-790-7900

Co-Counsel for all Defendants



DATED:_____