IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR JACKSON, III** | : | **NO. 02-3230** |
| **V.** | : | **CIVIL ACTION** |
| **DELAWARE COUNTY ET AL** | : | **JURY TRIAL REQUESTED** |

### ENTRY OF APPEARANCE

**TO THE OFFICE OF THE CLERK:**

Kindly enter my appearance on behalf of Defendants George Hill, Warden James Janecka, Deborah Perretta, R.N., Wackenhut Corrections Corporation, Wackenhut Corporation, Delaware County Board of Prison Inspectors, Charles P. Sexton, Jr., the County of Delaware, Merian Byrd and Carol Snell. Kindly note our request for a jury trial.

Respectfully submitted,

**DIORIO & SERENI, LLP**

Date:_____   By: _____
**ROBERT M. DIORIO**
Attorney I.D. No.: 17838
Front & Plum Streets
P.O. Box 1789
Media, Pa. 19063
(610) 565-5700
Attorneys for Defendants