DATE OF NOTICE: July 16, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, et al. | : | |

### NOTICE

A hearing will be held on Friday, July 25, 2003 at 10:30 a.m. with the Honorable Michael M. Baylson regarding Plaintiff's Motion for Sanctions. Please call Chambers at 267.299.7520 for the Courtroom assignment.

---

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Christopher Mattox, Esq. (fax)
      Kathleen Mahoney, Esq. (fax)
      David White, Esq. (fax)
      Robert Diorio, Esq. (fax)
      John Rollins, Esq. (fax)

O:\Notices\Jackson v. Del Co. 02-3230 - hearing notice.wpd