IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, ET AL | : | |

**ORDER**

AND NOW, this 29th day of July, 2003, following review of Plaintiff's Motion for Sanctions and Defendants' response, and a hearing in open court held on July 25, 2003, it is ORDERED:

1. The scope of discovery relating to allegations of denial of medical care to inmates at the George W. Hill Correctional Facility, Delaware County, Pennsylvania, as delineated in the Court's Order of June 25, 2003, is expanded to include all written complaints, whether filed in any Court or otherwise known to Defendants, pending within, or filed within, ten years prior to the filing of this suit. Defendants will, therefore, produce all non-privileged documents as to any lawsuits containing such allegations, and also all other written complaints of which Defendants now have possession, custody or control.

2. Defense counsel shall serve on Plaintiff a certificate of compliance with this Order within thirty days, detailing the search for documents, indicating those files searched, their location and volume, those individuals currently or formerly employed by Defendants who were interviewed in connection with the search for information responsive to the requirements set forth in this Order, and any other efforts made by Defendants and their counsel in complying

with this Order. Prior to September 15, 2003, Plaintiff may take the deposition of any present or former employee of Defendants with knowledge of the search.

3. With regard to those 34 persons listed in the letter from Plaintiff's counsel dated May 23, 2003, as to those individuals who are not currently employees or agents of Defendants, Defendants shall, within ten days, advise Plaintiff of their last known address, or alternatively, advise Plaintiff's counsel of the city where Defendants will arrange for the production of these witnesses for deposition.

4. Plaintiff shall review the documents gathered to date by defense counsel, within the next thirty days, and shall make arrangements for any copying any of those documents. Any documents that are copied shall be Bates stamped or otherwise identified as to their source, the party producing them and the files in which they were contained.

5. The Court will take under advisement Plaintiff's request for additional sanctions, including any monetary sanctions.

6. A further hearing will be held on September 15, 2003 at 4:00 p.m. Prior to the hearing, counsel shall confer and attempt to agree on a plan to complete fact discovery in the case by December 31, 2003. Please call chambers at 267.299.7520 for the courtroom designation for the hearing.

BY THE COURT

Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Jackson, III v. Delaware County 02-3230 motion sanctions.wpd