DATE OF NOTICE: September 16, 2003

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, et al. | : | |

## AMENDED NOTICE

The hearing, scheduled for October 15, 2003 with the Honorable Michael M. Baylson regarding Plaintiff's Motion for Sanctions, has been changed to October 1, 2003 at 4:00 p.m. Please call Chambers at 267.299.7520 for the Courtroom assignment.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Christopher Mattox, Esq. (fax)
      Kathleen Mahoney, Esq. (fax)
      David White, Esq. (fax)
      Robert Diorio, Esq. (fax)
      John Rollins, Esq. (fax)

O:\Notices\Jackson v. Del Co. 02-3230 - amended hearing notice.wpd