IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, ET AL | : | |

**ORDER**

AND NOW, this 3rd day of October, 2003, after a hearing on October 1, 2003, in addition to rulings on the record, the Court ORDERS as follows:

1. Plaintiff's counsel shall expeditiously complete review of documents produced by Defendants, and begin taking depositions, with reasonable notice to defense counsel, particularly for out-of-town depositions.

2. Plaintiff's Motion for Sanctions shall be granted in part and denied in part, and shall be filed under seal.

3. Fact discovery deadline:   December 23, 2003.

4. Exchange of expert reports pursuant to Rule 26(a)(2).

   Plaintiff:   January 5, 2004

   Defendant:   January 19, 2004.

5. Complete expert depositions: January 30, 2004.

6. Report, by letter, to the court re: settlement: February 15, 2004.

   Without disclosing any specific settlement position, counsel shall advise the court whether settlement discussions have taken place, and when the court should schedule a settlement conference.

-1-

7. Deadline for dispositive motions: February 15, 2004.

8. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff: March 15, 2004.

    Defendant: March 22, 2004.

9. Date for trial or entry into trial pool: April 11, 2004.

10. The parties shall follow Judge Baylson's Pretrial and Trial Procedures.

BY THE COURT

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Jackson v. Delaware Co 02-3230 mot sanctions.wpd