IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, et al. | : | |

## ORDER

AND NOW, this 16th day of December, 2003, after a telephone conference with counsel, Defendants Wackenhut Corrections Corporation's Motion for Protective Order is GRANTED.

The depositions of the five current Wackenhut employees, Carol Snell, R.N., Merion Byrd, R.N., Victoria Gessner, M.D., Corrections Officer Lt. McCullough and records custodian Robert Burguald will be conducted on the agreed upon dates at the George W. Hill Correction Facility, Thornton, Delaware County, Pennsylvania, conditioned on Defendants paying for the court reporter's costs and transcripts. Fact discovery is continued to December 31, 2003, Plaintiff's expert report is due January 12, 2004 and Defendants' expert report is due January 26, 2004.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Jackson v. Del co. 02-3230 re protective order.wpd