IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, et al. | : | |

**ORDER**

AND NOW, this 28th day of January, 2004, upon consideration of Plaintiff's Motion for Extension of Plaintiff's Expert Report Deadline of January 30, 2004, and Defendants' response thereto, it is hereby ORDERED that said Motion is GRANTED in part. Plaintiff shall serve an initial expert report by February 2, 2004, and may supplement it by February 10, 2004, based on depositions taken by January 30, 2004. The Court will grant Defendants a similar allowance for a supplemental expert report, if needed, to February 27, 2004.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Jackson v. Del co. 02-3230 mot ext P's expert report.wpd