EXHIBIT A

# DIORIO & SERENI LLP
### ATTORNEYS & COUNSELLORS AT LAW

KATHLEEN E. MAHONEY, ESQUIRE

February 13, 2004

**(Via facsimile 215-545-0423)**
John Rollins, Esquire
Derek Howard, Esquire
**HOWARD ROLLINS, LLC**
262 South 12th St., Third Floor
Philadelphia, PA 19107

Re:   Arthur Jackson, III v. Delaware County, et al.
      Civil Action No. 02-3230

Dear Mr. Rollins and Mr. Howard:

Please be advised that we wish to schedule the depositions of Plaintiff's expert witnesses. Please provide us with available dates for the following individuals:

Betsy Bates, BSN, CCRN, CCM
Andrew C. Verzilli, Ph.D.
Carol L. Armstrong, Ph.D.
Lee Silverman, M.D.
Dan Gzesh, M.D.

The deadline set by the Court do accomplish this is **March 5, 2004**, so your prompt attention to this matter is greatly appreciated.

Thank you for your courtesy and cooperation.

Very truly yours,

DIORIO & SERENI, LLP

By: *Kathleen E Mahoney*
KATHLEEN E. MAHONEY

KEM/s
cc:   David F. White, Esquire / Dennis P. Herbert, Esquire
      - Facsimile transmission (610-941-8133)
      William C. Reil, Esquire
      – Facsimile transmission (215-564-4292)

FRONT & PLUM STREETS · P.O. BOX 1789
MEDIA, PENNSYLVANIA 19063
(610) 565-5700 · FAX (610) 891-0652
kmahoney@dioriosereni.com

EXHIBIT B

# WILLIAM C. REIL
### ATTORNEY AT LAW
42 S. 15TH STREET, SUITE 210
PHILADELPHIA, PA 19102

(215) 564-1635
FAX (215) 564-4292

February 18, 2004

**BY FAX AND REGULAR MAIL**
610-891-0652

Kathleen Mahoney, Esquire
DiOrio & Sereni, LLP
Front & Plum Streets
P.O. Box 1789
Media, PA 19063

Re: Arthur Jackson III v. Delaware County Prison, et al
US District Court Civil Action Number: 02-3230
Discovery Deadline: 1/16/04; Expert Reports: 1/12/04
**Expert Deposition of Plaintiff's Witnesses**

Dear Ms. Mahoney:

I write to you in reply to your letter of February 13, 2004. With respect to your request to depose the five expert witnesses of plaintiff who have submitted reports, I indicate that we have written to these experts concerning their availability and fees for their depositions. By the way, I note that defendants have not yet paid anything for the depositions where the Court had ordered defendants to pay. I will appreciate defendants taking care of this at their earliest convenience.

I am also making a request to depose the two experts for whom defendants have submitted expert report. Please contact them and let me know about their availability and the fees that they will require for the expert depositions.

Sincerely yours,

*Bill Reil*
William C. Reil

WCR/lf(Jackson,A/Mahoney021704)

cc: Dennis Herbert, Esquire
Derrick Howard, Esquire
John Rollins, Esquire

EXHIBIT C

WILLIAM C. REIL
ATTORNEY AT LAW
42 S. 15TH STREET, SUITE 210
PHILADELPHIA, PA 19102

(215) 564-1635
FAX (215) 564-4292

February 26, 2004

**BY FAX AND REGULAR MAIL**

Kathleen Mahoney, Esquire
DiOrio & Sereni, LLP
Front & Plum Streets
P.O. Box 1789
Media, PA 19063
610-891-0652

Dennis Herbert, Esquire
Kelly, McLaughlin
620 W. Germantown Pike
Suite 350
Plymouth Meeting, PA 19462
610-941-8133

Re:   Arthur Jackson III v. Delaware County Prison, et al
      US District Court Civil Action Number: 02-3230
      **Second Letter Regarding Expert Deposition of Plaintiff's Witnesses**

Dear Counsel:

With respect to deposition of plaintiff's five expert witnesses, you may send them a notice of deposition after paying their expert fees, as they require. Please send to me copies of any deposition notices, correspondence and payments to our experts. You have their addresses from our expert reports.

I have the following information on these experts: for Betsy Bates, BSN, CRRN, CCM, she charges a flat rate $2,000 for depositions; for Dr. Andrew C. Verzilli, his hourly rate is $175 for the deposition (including travel) with the fee of $800 in advance; Lee Silverman, M.D., a Board Certified psychiatrist, requires $4,000 in advance. I believe this information is correct, but you may need to verify their full requirements and availability. I have not received fees from any other experts at this time. When I receive them, I will pass them on to you.

By the way, I note that I have not heard from the defense regarding the payment of the Court-Ordered depositions at the Prison.

Sincerely yours,

*Bill Reil*
William C. Reil

WCR/lf(Jackson,A/Counsel022604)

cc:   Derrick Howard, Esquire
      John Rollins, Esquire

EXHIBIT D

# KELLY, MCLAUGHLIN, FOSTER,
# BRACAGLIA, DALY, TRABUCCO & WHITE, LLP

ATTORNEYS AT LAW
620 W. GERMANTOWN PIKE
SUITE 350
PLYMOUTH MEETING, PA 19462-1056

TELEPHONE (610) 941-7900
FAX (610) 941-8133

1617 JFK BOULEVARD
SUITE 1690
PHILADELPHIA, PA 19103-1815
TELEPHONE: (215) 790-7900
FAX: (215) 985-0675

DENNIS P. HERBERT
ADMITTED IN PA & NJ

DHERBERT@LINKKMF.COM
(610) 941-7923

900 HADDON AVENUE
SUITE 332
COLLINGSWOOD, NJ 08108-1908
TELEPHONE: (856) 869-3100
FAX: (856) 854-4233

OUR FILE: 17994

March 2, 2004

Daniel Gzesh, M.D.
Neurology Associates, LTD.
1514 Wolf Street
Philadelphia, PA 19145

Re: Jackson v. Wackenhut, et.al

Dear Dr. Gzesh:

Attached please find a Notice of Deposition directing you to appear at the offices of Kelly, McLaughlin, Foster, Bracaglia, Daly, Trabucco and White, LLP, 620 W. Germantown Pike, Plymouth Meeting, PA 19462 on March 5, 2004 at 10:00 A.M. Please bring your entire medical file, including any films or tests, regarding any treatment or examination of Mr. Arthur Jackson, III, at any time, to the deposition.

As the Defendants in this matter have requested dates for your deposition from Mr. Jackson's attorneys and were given no answer, this notice has been forwarded to you for the final day of discovery, March 5, 2004. Although, as Defendants' attorneys, we would not normally contact you directly, we are faced with a deadline and do not expect Plaintiff's attorneys to convey a notice only sent to them. In addition, Plaintiff's attorneys have informed us that we would have to send notices directly to you.

Thank you for your attention in this matter.

Very truly yours,

Kelly, McLaughlin, Foster,
Bracaglia, Daly, Trabucco & White, LLP

Dennis P. Herbert

DPH/lam

352066-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| vs | : | |
| | : | |
| DELAWARE COUNTY; WACKENHUT CORRECTIONS CORPORATION C/O PRENTICE HALL CORP.; WACKENHUT CORPORATION; DELAWARE COUNTY BOARD OF PRISON INSPECTORS; CHARLES SEXTON, CHAIRMAN OF DELAWARE COUNTY BOARD OF PRISON INSPECTORS; GEORGE HILL, SUPERINTENDENT OF DELAWARE COUNTY PRISON (GEORGE W. HILL CORRECTIONAL FACILITY); JAMES JANECKA, WARDEN OF DELAWARE COUNTY PRISON; DEBORAH PERRETTA, HEALTH SERVICES ADMINISTRATOR OF DELAWARE COUNTY PRISON; MARGARET CARRILLO, M.D., DELAWARE COUNTY PRISON; DR. FREDERICK, DELAWARE COUNTY PRISON; DR. HOLLAND HULL, DELAWARE COUNTY PRISON; MERIAN BYRD, NURSE, DELAWARE COUNTY PRISON; CAROL SNELL, NURSE, DELAWARE COUNTY PRISON | : | NO. 02-3230 |

## NOTICE OF DEPOSITION

TO: Daniel Gzesh, M.D.
Neurology Associates, LTD.
1514 Wolf Street
Philadelphia, PA 19145

**PLEASE TAKE NOTICE** that on **March 5, 2004,** the undersigned will take the deposition of Plaintiff's expert, **Daniel Gzesh, M.D.**, beginning at **10:00 A.M.** at the law offices of Kelly, McLaughlin, Foster, Bracaglia, Daly, Trabucco & White, LLP, 620 W. Germantown Pike, Plymouth Meeting, PA 19462 before a notary public or some other officer authorized by law to administer oaths pursuant to the Pennsylvania Rules of Civil Procedure.

352039-1

This deposition concerns Arthur Jackson, III and it is requested that Mr. Jackson's entire medical file be produced at this depoistion.

KELLY, McLAUGHLIN, FOSTER,
BRACAGLIA, DALY, TRABUCCO & WHITE, LLP

By: _____
Dennis P. Herbert, Esquire
**Attorney for Defendants, Wackenhut Corrections Corporation and Wackenhut Corporation**

Dated: 3/2/04

352039-1

EXHIBIT E

# KELLY, MCLAUGHLIN, FOSTER,
# BRACAGLIA, DALY, TRABUCCO & WHITE, LLP

ATTORNEYS AT LAW
620 W. GERMANTOWN PIKE
SUITE 350
PLYMOUTH MEETING, PA 19462-1056

TELEPHONE (610) 941-7900
FAX (610) 941-8133

1617 JFK BOULEVARD
SUITE 1690
PHILADELPHIA, PA 19103-1815
TELEPHONE: (215) 790-7900
FAX: (215) 985-0675

DENNIS P. HERBERT
ADMITTED IN PA & NJ

DHERBERT@LINKKMF.COM
(610) 941-7923

900 HADDON AVENUE
SUITE 332
COLLINGSWOOD, NJ 08108-1908
TELEPHONE: (856) 869-3100
FAX: (856) 854-4233

March 2, 2004

OUR FILE: 17994

Lee D. Silverman, M.D.
Mercy Psychiatry Associates
1503 Lansdowne Avenue
Suite 3005
Darby, PA 19023

Re: Jackson v. Wackenhut, et.al

Dear Dr. Silverman:

Attached please find a Notice of Deposition directing you to appear at the offices of Kelly, McLaughlin, Foster, Bracaglia, Daly, Trabucco and White, LLP, 620 W. Germantown Pike, Plymouth Meeting, PA 19462 on March 5, 2004 at 2:00 P.M. Please bring your entire medical file, including any films or tests, regarding any treatment or examination of Mr. Arthur Jackson, III, at any time, to the deposition.

As the Defendants in this matter have requested dates for your deposition from Mr. Jackson's attorneys and were given no answer, this notice has been forwarded to you for the final day of discovery, March 5, 2004. Although, as Defendants' attorneys, we would not normally contact you directly, we are faced with a deadline and do not expect Plaintiff's attorneys to convey a notice only sent to them. In addition, Plaintiff's attorneys have informed us that we would have to send notices directly to you.

Thank you for your attention in this matter..

Very truly yours,

Kelly, McLaughlin, Foster,
Bracaglia, Daly, Trabucco & White, LLP

Dennis P. Herbert

DPH/lam
Enclosure

352071-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| vs | : | |
| DELAWARE COUNTY; WACKENHUT CORRECTIONS CORPORATION C/O PRENTICE HALL CORP.; WACKENHUT CORPORATION; DELAWARE COUNTY BOARD OF PRISON INSPECTORS; CHARLES SEXTON, CHAIRMAN OF DELAWARE COUNTY BOARD OF PRISON INSPECTORS; GEORGE HILL, SUPERINTENDENT OF DELAWARE COUNTY PRISON (GEORGE W. HILL CORRECTIONAL FACILITY); JAMES JANECKA, WARDEN OF DELAWARE COUNTY PRISON; DEBORAH PERRETTA, HEALTH SERVICES ADMINISTRATOR OF DELAWARE COUNTY PRISON; MARGARET CARRILLO, M.D., DELAWARE COUNTY PRISON; DR. FREDERICK, DELAWARE COUNTY PRISON; DR. HOLLAND HULL, DELAWARE COUNTY PRISON; MERIAN BYRD, NURSE, DELAWARE COUNTY PRISON; CAROL SNELL, NURSE, DELAWARE COUNTY PRISON | : | NO. 02-3230 |

## NOTICE OF DEPOSITION

TO:  Lee D. Silverman, M.D.
Mercy Psychiatry Associates
1503 Lansdowne Avenue
Suite 3005
Darby, PA 19023

PLEASE TAKE NOTICE that on **March 5, 2004**, the undersigned will take the deposition of Plaintiff's expert, **Lee D. Silverman, M. D.**, beginning at **2:00 P.M.** at the law offices of Kelly, McLaughlin, Foster, Bracaglia, Daly, Trabucco & White, LLP, 620 W. Germantown Pike, Suite 350, Plymouth Meeting, PA 19462 before a notary public or some other officer authorized by law to administer oaths pursuant to the Pennsylvania Rules of Civil Procedure.

352044-1

This deposition concerns Arthur Jackson III and it is requested that Mr. Jackson's entire medical file be produced at this deposition.

KELLY, McLAUGHLIN, FOSTER,
BRACAGLIA, DALY, TRABUCCO & WHITE, LLP

By: _____
Dennis P. Herbert, Esquire
Attorney for Defendants, Wackenhut Corrections
Corporation and Wackenhut Corporation

Dated: 3/2/04

352044-1

EXHIBIT F

**WILLIAM C. REIL**
ATTORNEY AT LAW
42 S. 15TH STREET, SUITE 210
PHILADELPHIA, PA 19102

(215) 564-1635
FAX (215) 564-4292

March 2, 2004

**BY FAX AND REGULAR MAIL**
610-941-8133

Dennis P. Herbert, Esquire
Kelly, McLaughlin
620 W. Germantown Pike
Suite 350
Plymouth Meeting, PA 19462

    Re:    Arthur Jackson III v. Delaware County Prison, et al
            US District Court Civil Action Number: 02-3230
            **Depositions for 3/5/04**

Dear Mr. Herbert:

I write to you concerning your unilateral notices of deposition with cover letter dated 3/2/04 for Friday, 3/5/04 with reference to Dr. Silverman and Dr. Gzesh. It is my understanding that neither Dr. Silverman nor Dr. Gzesh is available for depositions at your office on that day. I understand that you have not proffered fees to any experts for depositions or cleared any dates with them.

Accordingly, I am advising you that these depositions will not be able to go forward as you have scheduled. I note that you have had the expert reports and addresses of our experts for over a year. I will be out of town on 3/4/04 (and possibly 3/5/04) for a hearing in Bedford, PA, in the case of Commonwealth v. Chalfante.

Sincerely yours,

*[signature: Bill Reil]*
William C. Reil

WCR/lf(Jackson,A/Herbert030204)m

cc: Derrick Howard, Esquire    (by fax: 215-545-0423)
    John Rollins, Esquire       (by fax: 215-545-0423)
    Kathleen Mahoney, Esquire (by fax: 610-891-0652)