IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ARTHUR JACKSON, III**               :         NO. 02-3230

**V.**                                :         CIVIL ACTION

**DELAWARE COUNTY ET AL**             :         JURY TRIAL REQUESTED

## ORDER

**AND NOW,** this        day of                    , 2004, upon consideration of Defendants' Motion to Preclude Plaintiff's Experts Daniel Gzesh, M.D. and Lee Silverman, M.D. and any Response thereto, it is hereby **ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.

BY THE COURT:

_____
**BAYSLON, MICHAEL M.        J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR JACKSON, III** | : | NO. 02-3230 |
| **V.** | : | CIVIL ACTION |
| **DELAWARE COUNTY ET AL** | : | JURY TRIAL REQUESTED |

### DEFENDANTS' MOTION TO PRECLUDE PLAINTIFF'S EXPERTS DANIEL GZESH, M.D. AND LEE SILVERMAN, M.D.

Defendants, Delaware County, Delaware County Board of Prison Inspectors, Charles, P. Sexton, Jr. and George W. Hill, by and through their attorneys, hereby move this Honorable Court to preclude Plaintiff's experts, Dr. Daniel Gzesh and Dr. Lee Silverman, and in support thereof aver as follows:

Moving Defendants join in and adopt the factual averments and legal arguments set forth in the Wackenhut Defendants' Motion to Preclude and incorporate same by reference as if set forth at length herein.

**WHEREFORE,** for the reasons stated above, Defendants respectfully request that this Honorable Court grant their Motion to Preclude Plaintiff's expert witnesses.

Respectfully submitted:

**DIORIO AND SERENI, LLP**

Date: _____    BY: _____
**ROBERT M. DIORIO**
I.D. No.: 17838

BY:   **KM 1316**
**KATHLEEN E. MAHONEY**
I.D. No.: 77873
Front & Plum Streets
Media, Pa. 19063
(610) 565-5700
Attorneys for Defendants

## CERTIFICATE OF SERVICE

We, Robert M. DiOrio, Esquire, and Kathleen E. Mahoney, Esquire hereby certify that a true and correct copy of the foregoing Motion to Preclude Plaintiff's experts was served on the date below by first class, U.S. mail, postage pre-paid, and facsimile upon the following:

>Derrick Howard, Esquire
>John Rollins, Esquire
>**HOWARD ROLLINS, LLC**
>1319 South Broad Street
>Philadelphia, PA 19147
>(Facsimile 610-941-8133)

>David F. White, Esquire
>Dennis Herbert, Esquire
>**KELLY, McLAUGHLIN, & FOSTER**
>620 W. Germantown Pike
>Suite 350
>Plymouth Meeting, PA 19462
>(Facsimile 215-334-7445)

>_____
>**ROBERT M. DIORIO, ESQUIRE**
>Pa I.D. No. 17838

>   KM   1316
>**KATHLEEN E. MAHONEY**
>Pa I.D. No. 77873
>DiOrio & Sereni, L.L.P.
>Front & Plum Streets
>P.O. Box 1789
>Media, PA 19063
>(610) 565-5700
>(610) 891-0652 (fax)

**Date:**_____