EXHIBIT A





# GEORGE W. HILL CORRECTIONAL FACILITY
## The GEO Group, Inc.
### Inmate Housing History Report

| Inmate ID | Last Name | First Name | Unit | Block | Cell | Bed | Start Date | End Date |
|---|---|---|---|---|---|---|---|---|
| 001232 | JACKSON | ARTHUR | WKEN | WKEN | 01 | 50 | 2/26/00 04:03:5 | 3/27/00 00:00:00 |
| 001232 | JACKSON | ARTHUR | HOM/ | HOM/ | 01 | 37 | 4/3/00 06:51:36 | 4/12/00 00:00:00 |
| 001232 | JACKSON | ARTHUR | MHU4 | D | 212 | T | 4/16/00 02:22:0 | 4/16/00 00:00:00 |
| 001232 | JACKSON | ARTHUR | HOM/ | HOM/ | 01 | 117 | 4/17/00 02:35:1 | 4/22/00 00:00:00 |
| 001232 | JACKSON | ARTHUR | MHU4 | D | 214 | T | 4/22/00 03:53:3 | 4/23/00 00:00:00 |
| 001232 | JACKSON | ARTHUR | HOM/ | HOM/ | 01 | 105 | 4/23/00 22:44:3 | 5/26/00 00:00:00 |

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. CV-3230-02

ARTHUR JACKSON, III,    )  DEPOSITION UPON

                     )

        Plaintiff,   )  ORAL EXAMINATION

                     )

    - vs -        )     OF

                     )

DELAWARE COUNTY, et al.,)  SEAN GARDENER

                     )

     Defendant.   )

- - - - - - - - - - - -

TRANSCRIPT OF DEPOSITION, taken by and before SHAMEKA MASON, Certified Court Reporter and Notary Public, at the Law Offices of HOWARD ROLLINS LLC, 262 South 12th Street, Third Floor, Philadelphia, Pennsylvania, on Wednesday, January 14, 2004, commencing at 9:23 a.m.

RSA/VERITEXT COURT REPORTING COMPANY

1845 Walnut Street, 15th Floor

Philadelphia, Pennsylvania 19103

(215) 241-1000    (888) 777-6690



9ea35201-4b50-11d8-88e4-c9171f259f58

SEAN GARDENER

```
1                       - - -

2    BY MR. HOWARD:

3    Q.      It's my understanding that you are not

4    represented by an attorney today, correct?

5    A.      No.

6    Q.      Not that it's necessary, but I just wanted

7    to make sure for the record.

8    A.      I have one.

9    Q.      You don't need to bring him or her today.

10           Do you remember the plaintiff, Arthur

11   Jackson?

12   A.      Yes.  I do.

13   Q.      What's your recollection of him?

14   A.      What do you mean?

15   Q.      Tell me what you remember about him.

16   A.      He used to come in for -- he came in for

17   quite a few weekends he had.  He used to come in

18   every weekend drunk.  So for the most part every

19   time he came in he was intoxicated.  I'd send him

20   up to the prison.  There should have been incident

21   reports on that.

22           The weekend that he did come in sober was

23   the weekend that this happened.  He came in and he

24   was fine.  He was sober.  I gave him his bunk.  He
```

9ea35201-4b50-11d8-88e4-c9171f259f58

SEAN GARDENER

1    went through the weekend, no problems out of him.

2    We used to have a lot of problems out of him

3    because he was intoxicated when he came in.  He

4    was sober that weekend.  I gave him his bunk.  He

5    was fine for the weekend.

6        He came out Sunday night.  They usually

7    came in about 5:30, quarter to 6:00.  Everyone

8    would come to the front of the -- where I used to

9    sit, my area.  They would all stand right there in

10   a group.  I would start discharging guys to go

11   home.  I said Arthur's name.  I would call his

12   name out so he could be discharged.  When I did,

13   he threw out a yelp.  He screamed and he hit the

14   floor.  All the other inmates screamed at me to

15   come over and to help him, so of course I did.  I

16   ran over.  Some of the inmates gave me towels and

17   I stuck it under his head because he was bleeding

18   out of his ears and nose.  He was convulsing.  He

19   was, like, shaking real bad.  I tried to talk him

20   out of it.  That's the best I knew to do with him.

21       Officer Dicave, I'm pretty sure, was the

22   one I told to call up to the center control to

23   master control to get medical sent down there

24   right away because we were two separate buildings

11

9ea35201-4b50-11d8-88e4-c9171f259f58

SEAN GARDENER

1    right on the bottom of the hill.  Prison's on top

2    of the hill.  So then medical would come down and

3    help him from there.  Then the ambulance came.

4    Officer -- I think it was Lieutenant McCollough at

5    the time came down, tried to find out what was

6    going on.  I let him know what was going on, sent

7    him out on the ambulance and I wrote that report.

8    That's basically what I, you know -- it was a few

9    years ago.

10   Q.    That's what you remember?

11   A.    Yeah.

12   Q.    You indicated he came in -- he was drunk

13   most of the weekends?

14   A.    Yes.

15   Q.    How do you know he was drunk?

16   A.    Came in slobbering, falling down.  Pretty

17   much you could ask him.  He'd tell you he was.  He

18   was one of them guys that would just tell you.

19   You start to get to know these guys.  They've been

20   there for a wile.  You start to remember who these

21   guys are when they come in, how they act.  It's my

22   job to know.  There's one of me and 150 of them.

23   You have to know what's going on with each guy.

24   Q.    You were aware that he was on medication?

12

9ea35201-4b50-11d8-88e4-c9171f259f58

SEAN GARDENER

1    for -- we'd search them.  They'd all line up in

2    the doorway, come in one at a time.  I would take

3    their bags, anything they had with them.  There's

4    certain things that they were allowed to have,

5    certain things they couldn't.  Anything they

6    couldn't have I would take to one side,

7    cigarettes, all that kind of stuff.  Things that

8    they could have, $5 in quarters, go to the other

9    side.  I would separate their stuff, let them have

10   their stuff back.

11         Their medications they couldn't have in the

12   jail with them, so they would be set to the side

13   and would be sent up to the jail to the nurse to

14   hand out.  That's how that worked if they brought

15   them in.

16   Q.      Did they always go to the same nurse each

17   weekend?

18   A.      No.  Sometimes -- there's Nurse Byrd.

19   There was a couple other nurses.

20   Q.      But they would be taken up by a guard to

21   the medical unit?

22   A.      Yes.

23   Q.      On the weekends when the inmates would

24   bring in their personal possessions while they

9ea35201-4b50-11d8-88e4-c9171f259f58

SEAN GARDENER

1    were there for incarceration, how did you know

2    what medications they could have and couldn't?

3    A.      They couldn't have any.  Not even Tylenol.

4    Nothing.

5    Q.      So all medications that they brought in

6    were supposed to be taken from them and sent up?

7    A.      Yes.

8    Q.      You had mentioned a few moments ago that

9    there were complaints by inmates that they weren't

10   getting their medications, correct?

11   A.      Yes.

12   Q.      Were those complaints, from your

13   recollection, that -- strike that.

14          Were those complaints made from February of

15   2000 to May 2000 or -- I don't want to limit it

16   just to that weekend.  Were they continuous?

17                  MR. HERBERT:  Objection to the

18          form.  You can answer.

19                  THE WITNESS:  Not to that weekend.

20          No.

21   BY MR. HOWARD:

22   Q.      There were other weekends?

23   A.      There was other weekends.  It wasn't just

24   that weekend.  He might not even have said

9ea35201-4b50-11d8-88e4-c9171f259f58

SEAN GARDENER

1   been drinking, that they need glucose.

2   Q.    Were you aware that Mr. Jackson was a

3   diabetic?

4   A.    Yes.  I'm pretty sure he probably mentioned

5   that to me.

6              MR. HOWARD:  I have no more

7         questions.  Thank you.

8   BY MR. HERBERT:

9   Q.    Mr. Gardener, you indicated that

10  Mr. Jackson would come in on most weekends drunk.

11  Do you believe it was because of his diabetes?

12  A.    No.

13             MR. HOWARD:  Object to form.

14             THE WITNESS:  Because he would be

15        -- there's times he peed in his pants and

16        he was pretty messy, pretty nasty.  He

17        reeked of alcohol.  It wasn't -- to me it

18        didn't seem like it was anything that had

19        to do with diabetes.  If he did, he should

20        have took his medication before he came or

21        he could have said to me I didn't take my

22        medication; that's what's wrong with me.

23        He never said that.  He was drunk and there

24        was times he would say I had a few drinks.

9ea35201-4b50-11d8-88e4-c9171f259f58

SEAN GARDENER

```
 1          I had this or he would -- that's how he
 2          was.
 3   BY MR. HERBERT:
 4   Q.    Were there times that Mr. Jackson didn't
 5   bring his medications in on the weekends, do you
 6   recall that?
 7               MR. HOWARD:  Objection.  Calls for
 8          speculation.
 9               THE WITNESS:  When he would come
10          in -- for the most part when he was
11          drinking, I didn't even search him.  I just
12          sent him off to the jail because he was --
13          you have all these people coming in.  You
14          got a guy that's really falling down drunk.
15          You just take him and send him up to the
16          jail.  You have the other officer take him
17          up there.
18   BY MR. HERBERT:
19   Q.    You would characterize Mr. Jackson when he
20   would come during the weekend that you observed
21   that he'd been drinking that he was falling down
22   drunk?
23   A.    Oh.  Yeah.  He was obnoxious, just dirty,
24   reeked of alcohol, didn't want to, like, conform
```

74

9ea35201-4b50-11d8-88e4-c9171f259f58

EXHIBIT C

<u>VOLUME II</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

ARTHUR JACKSON, III              : CIVIL ACTION - LAW
                                 :
       vs.                       :
                                 :
DELAWARE COUNTY, ET AL           : NO. 02-3230

- - -

Media, Pennsylvania

Wednesday, March 12, 2003

- - -

            Continued deposition of ARTHUR JACKSON,
III, taken pursuant to notice at the law offices
of DiOrio & Sereni, L.L.P., Front and Plum Streets,
Media, Pennsylvania, on the above date, beginning
at approximately 9:38 a.m., before Marguerite
Contino, a Professional Court Reporter and a
Notary Public of the Commonwealth of Pennsylvania.

- - -

KAUFMAN COURT REPORTING
Court Reporting & Video Services
18 Foster Avenue
Havertown, Pennsylvania  19083
(610) 446-9694

Arthur Jackson, III

1    A.    Not that I can recall.

2    Q.    How about a blackout?

3    A.    I may recall a blackout.  I'm not a

4    hundred percent, a blackout.

5    Q.    All right.  If you remember, you let me

6    know, you jump in and tell me, but right now you

7    are telling me you can't remember any other

8    blackouts, right, or any blackouts?

9    A.    I'm not saying I can't remember.  I'm

10   saying I don't recall at this one.

11   Q.    All right.  You don't recall?

12   A.    It could come back.

13   Q.    I understand.

14   A.    Whatever it is.

15   Q.    All right.  Now, do you drink alcohol

16   right now?  Do you drink alcoholic beverages?

17   A.    No.

18   Q.    When was the last time you drank alcoholic

19   beverages?

20   A.    February of 2001.

21   Q.    And why did you stop at that time?

22   A.    It just got old.  Plus with my health,

23   being a diabetic, complicated with the memory

24   issues, the other things we've already discussed,

Arthur Jackson, III

1    and I was complicating it with alcohol, because

2    once I came out of denial, I just got sick of it

3    because that wasn't helping me.  I wasn't living

4    right.

5        Q.    All right.  What were you consuming at

6    that time?  What were you drinking?

7        A.    I was just drinking beer.

8        Q.    How much beer would you drink?

9        A.    Oh, man, I don't know.  I can't recall.  I

10   can't really recall.

11       Q.    Well, can you recall how many beers you

12   would have in one day?

13       A.    No, sir.

14       Q.    Or a week?

15       A.    No, sir.

16       Q.    Now, you can't recall how much you would

17   drink in a week?

18       A.    No, sir.

19       Q.    All right.  And you didn't drink anything

20   more than beer?

21       A.    That's all I drank was beer when I did.

22       Q.    How about before your accident at the

23   prison, did you drink anything other than beer?

24       A.    Before the accident at the prison?

41

Arthur Jackson, III

1    Q.    Yes, sir.

2    A.    You would have to go back to '94, '93.

3    Back then I was drinking beer and wine.

4    Q.    And after that it was just beer up until

5    1991, correct, is that what you are saying?

6                    MR. HOWARD:  2001 you mean?

7    BY MR. DiORIO:

8    Q.    2001, excuse me.

9    A.    Yes.

10   Q.    You were serving your weekend sentences

11   because of a driving under the influence

12   conviction, correct?

13   A.    That's correct.

14   Q.    Were you ever treated for excessive abuse

15   of alcohol or alcoholism?

16   A.    Elaborate, please.

17   Q.    Well, did you ever have any counseling?

18   Did you participate in any AA, for example?  Did

19   you ever go to a rehab for alcohol?

20   A.    When?

21   Q.    At any time in your life.

22   A.    In 2001 when I put my foot down, and I

23   said this is it, I'm done with this, I went to

24   Valley Forge Medical Center for ten days.  The

Arthur Jackson, III

1   first time in my life I've ever been involved in

2   something like that, and they wanted to give me

3   medication in case I withdrawaled and all this

4   other stuff, in case I was seeing things.  I

5   refused all medication, and said that I didn't

6   need medication.  I just needed to be away from

7   the people that I was associating with at that

8   time.  That's all I wanted was a bed and food and

9   the meetings that you go to.  And that's what I

10  did  ten days, and I haven't touched anything

11  since.

12      Q.    How did you get to go to Valley Forge

13  Medical Center?

14      A.    That was--

15            MR. HOWARD:  What do you mean by

16         that question?

17      A.    (Continued) In 2001, how was that?  I

18  don't recall how that was covered.

19            MR. HOWARD:  I'm sorry, I just want

20         to make sure I understand.  How did he get

21         to go, how was it paid for?

22            MR. DiORIO:  I don't mean how he

23         drove there.

24            MR. HOWARD:  Okay.

43

Arthur Jackson, III

1   BY MR. DiORIO:

2      Q.     Who referred you?  Who suggested --

3      A.     Dr. Silverman.

4      Q.     And you were there for about ten days?

5      A.     Ten days.

6      Q.     And were you introduced to the 12-step

7   program at that time?

8      A.     Yes, but I didn't attend the Alcoholics

9   Anonymous programs.  I felt as though I didn't

10  need it and didn't attend.

11     Q.     Did you get involved with a program like

12  that thereafter?

13     A.     No.

14     Q.     And you haven't had a drink since then?

15     A.     Absolutely.

16              MR. HOWARD:  Is that absolutely not

17        or absolutely you have?

18              THE WITNESS:  Absolutely not.

19              MR. HOWARD:  Thank you.

20              THE WITNESS:  I've never got back

21        there, never.

22  BY MR. DiORIO:

23     Q.     Were you ever in any programs or rehabs

24  prior to Valley Forge?

44

Arthur Jackson, III

1    A.    No.

2    Q.    Were you drinking -- I mean consuming

3    alcohol -- during the period when you were serving

4    your weekend sentences?

5    A.    That was 2000.  Yes, I was still.  Yes, I

6    was.

7    Q.    And that would have been beer?

8    A.    Yes.

9    Q.    Did you ever drink -- and this is a

10    serious question.  Did you ever drink when you

11    were serving your weekend sentences while you were

12    in the jail?

13    A.    While I was in the jail?

14    Q.    Yes.

15    A.    During the weekend sentence?

16    Q.    Yes.

17    A.    Elaborate.

18    Q.    Did you ever have a drink when you were in

19    jail?

20    A.    No.

21    Q.    Did you drink before or after you would

22    show up for your weekend sentence or leave your

23    weekend sentence?

24    A.    Before, you know, 3 o'clock in the

Arthur Jackson, III

1   afternoon.  You have to be there by 6:00.  You

2   can't come in intoxicated because if you are

3   intoxicated, you are sent up to the main building

4   to serve out your weekend or possibly your full 30

5   days.

6       Q.    Did that ever happen to you where you got

7   sent up to the main jail?

8       A.    I was sent up to the main jail once.

9       Q.    And why was that, because you were

10  intoxicated?

11      A.    No, because I got in an argument with

12  Gardner, CO Gardner.  The previous weekend he had

13  confiscated my Walkman, but other inmates were

14  bringing theirs in.  And he just, I guess, decided

15  that today was my day to mess with me.  He took

16  it.  He said I would get it back on discharge on

17  Sunday at 6:00.

18              The following weekend I came back.

19  Other inmates were bringing their Walkman in.  I

20  asked Gardner if I could have mine back.  He says,

21  "No."

22              I says, "Why not?"

23              "I can't find it."

24              "Well, where did you put it?"  And