EXHIBIT D

Name: DCP WE 15  
Month/Year: Feb 00

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MPR 20 yr 5g AM 4P | | | | | | | | | | | | | | | | | | | | | | | | | | B | B | | | |
| START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NPR 10 5g 4pm 4P | | | | | | | | | | | | | | | | | | | | | | | | | | B | B | | | |
| START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

START DATE / STOP DATE (repeated rows, blank)

MRP  
IDDM  
PATIENT NAME: Jackson, Arthur  
ID: 00 1232  
WING: PR  
MD '6/53  
WE

DOCUMENTATION CODES =  
- Discontinued Order  R - Refused        S - Self Administered  
- Dose Omitted         C - Court          NS - No Show  

ALLERGY  
DIAGNOSIS: IDDM  

NURSE'S SIGNATURE: M. Byler    INITIAL: B  
NURSE'S SIGNATURE _____  INITIAL ___

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

| MEDICATION: | |
|---|---|
| # OF PILLS: | |
| START/STOP DATES: | |
| NURSE SIGNATURE: | |
| INMATE SIGNATURE: | |
| MEDICATION: | |
| # OF PILLS: | |
| START/STOP DATES: | |
| NURSE SIGNATURE: | |
| INMATE SIGNATURE: | |
| MEDICATION: | |
| # OF PILLS: | |
| START/STOP DATES: | |
| NURSE SIGNATURE: | |
| INMATE SIGNATURE: | |
| MEDICATION: | |
| # OF PILLS: | |
| START/STOP DATES: | |
| NURSE SIGNATURE: | |
| INMATE SIGNATURE: | |

ity Name ___ GWHCF ___ Use I/M's proof ___ 15 W/E ___ Month/Year ___

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trazadone 200mg PO HS x 15 W/E  MEC  START DATE 2/26  STOP DATE | | | | | H | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Librium 25mg TID  MEC  START DATE 2/26  STOP DATE | | | | A N H | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S SIGNATURE: ME Connelly RN    INITIAL: mec
NURSE'S SIGNATURE: ___    INITIAL: ___

ALLERGY: NKA
DIAGNOSIS: EDDM
PATIENT NAME: Jackson Arthur    ID: 001232    WING: W/E pR

DOCUMENTATION CODES =
- Discontinued Order          R - Refused            S - Self Administered
- Dose Omitted                C - Court              NS - No Show
- Medical Hold                I.D. - Lock Down       O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

(Blank medication administration record form, rotated 90°. Contents include:)

**VITAL SIGNS** (days 1–30): TEMP., PULSE, RESPIRATION, BLOOD PRESSURE, WEIGHT

**PRN AND MEDICATIONS ADMINISTERED**
| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |

**MEDICATIONS NOT ADMINISTERED**
| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

MEDICATION: _____  
# OF PILLS: _____  
START/STOP DATES: _____  
NURSE SIGNATURE: _____  
INMATE SIGNATURE: _____  

MEDICATION: _____  
# OF PILLS: _____  
START/STOP DATES: _____  
NURSE SIGNATURE: _____  
INMATE SIGNATURE: _____  

MEDICATION: _____  
# OF PILLS: _____  
START/STOP DATES: _____  
NURSE SIGNATURE: _____  
INMATE SIGNATURE: _____  

MEDICATION: _____  
# OF PILLS: _____  
START/STOP DATES: _____  
NURSE SIGNATURE: _____  
INMATE SIGNATURE: _____

*(Page rotated 90°; medication administration record)*

Name: _____   Month/Year: _____

Psych Meds

| Medication | Hour | 1 | ... | 26 | 27 |
|---|---|---|---|---|---|
| Trazodone 200 mg PO HS  START DATE 2/26  STOP DATE | | | | 10 Mac / Mac | |
| B6 | | | | | |
| Brium 50 mcg T i D  START DATE 2/26  STOP DATE | | | | 20 x | |
| B | | | | | |
| Lithium 100 mg PO x 1 dose  START DATE 2/26/00  STOP DATE 2/26/00 | | | | ☑ | |
| SH | | | | | |

START DATE / STOP DATE (multiple blank rows)

ALLERGY: NKA
DIAGNOSIS: IDDM
PATIENT NAME: Jackson, Arthur
ID: 601733   WING: ___

INITIAL / NURSE'S SIGNATURE:
- WE / PK
- MB / M Byerly, M Roberson RN, Steinard RN
- B / RD 3N
- MEC / B McConnelly RN

DOCUMENTATION CODES =
D - Discontinued Order
O - Dose Omitted
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION: 
# OF PILLS: 
START/STOP DATES: 
NURSE SIGNATURE: 
INMATE SIGNATURE: 

MEDICATION: 
# OF PILLS: 
START/STOP DATES: 
NURSE SIGNATURE: 
INMATE SIGNATURE: 

MEDICATION: 
# OF PILLS: 
START/STOP DATES: 
NURSE SIGNATURE: 
INMATE SIGNATURE: 

MEDICATION: 
# OF PILLS: 
START/STOP DATES: 
NURSE SIGNATURE: 
INMATE SIGNATURE:

Name _____S/OHS_____    Month/Year __March 20__

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Trazodone 200mg po q hs
+ 7 days   START DATE 3/3/10   STOP DATE 3/3/10   hs

Effexor 200mg po TID + 900cap   START DATE 3/3/10   STOP DATE    A

Klonopin T mg po q AM q noon   START DATE 3/4/10   STOP DATE    hs

Klonopin T mg po q hs 900am   START DATE 3/4/10   STOP DATE    A

rollvs are for we only   START DATE    STOP DATE

Pt will use own meds.   START DATE    STOP DATE

START DATE    STOP DATE

ALLERGY: NKDA
DIAGNOSIS: Hoffman
PATIENT NAME: Jackson Arthur   ID: 00232   WING: wheel   DOB: 6/14/53

DOCUMENTATION CODES =
Discontinued Order      R - Refused      S - Self Administered
Dose Omitted            C - Court        NS - No Show
                                         O - Other

NURSE'S SIGNATURE: Alberty McConnell RN    INITIAL: MC
NURSE'S SIGNATURE: McConnell RN            INITIAL: MC

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD RESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 3/18 | 3/p | effexor 105 / effexor 005 | | | Jm |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

Medication Administration Record — Month/Year: March/00

Patient Name: Jackson, Arthur
ID: 006238
Wing: PR
Diagnosis: IDDM / Psych
Allergy: NKA

| Medication | Hour | 4 | 5 | 11 | 12 | 17 | 18 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|
| NPH 20U SQ 7 AM / R 15U SQ 7 AM — Start 2/3/00 Stop 6/3/00 | 7A | 12B | | 12B | | 12B | | | 12B |
| NPH 10U SQ 7 PM / R 12U SQ 7 PM — Start 2/3/00 Stop 6/3/00 | 7P | | BW | | BW | | BW | | |

Nurse's Signature: M Byrd RN — Initial: B
Nurse's Signature: [illegible] — Initial: B

Signature: Wells Wds — BD 6/6/53 — WE

Documentation Codes:
- Discontinued Order
- Dose Omitted
R - Refused
C - Court
S - Self Administered
NS - No Show

**VITAL SIGNS**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|------|------|---------------|--------|-----------|------------|
| 3/5 | 4p | FBS | She Greelan | [signature] | |
| | | | | | |
| | | | | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION: \
# OF PILLS: \
START/STOP DATES: \
NURSE SIGNATURE: \
INMATE SIGNATURE:

MEDICATION: \
# OF PILLS: \
START/STOP DATES: \
NURSE SIGNATURE: \
INMATE SIGNATURE:

MEDICATION: \
# OF PILLS: \
START/STOP DATES: \
NURSE SIGNATURE: \
INMATE SIGNATURE:

MEDICATION: \
# OF PILLS: \
START/STOP DATES: \
NURSE SIGNATURE: \
INMATE SIGNATURE:



| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 4/15 | AM | AM Meds + Insulin | i refused | | TM |
| 4/28/00 | N | Vicodin | ? | Intoxicated | S |
| 4/29/00 | | Effexor | not ordered | 0 | F |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:



Facility Name: GWHCF  (Well In)  Month/Year April 2000

| | HOUR | 1-30 |
|---|---|---|
| R-154 >96 9am NPH-20u START DATE 3/3/00 STOP DATE 6/3/00 | 4A | |
| R-12u NPH-10u >96 9pm START DATE 3/30/00 STOP DATE 6/3/00 | 4p | |

Allergy: NKDA
Diagnosis: IDDM / psych
Patient Name: Jackson, Arthur   ID: 00030   Wing: AR

DOCUMENTATION CODES =
- Discontinued Order
- Dose Omitted

R - Refused
C - Court

S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 1/17/00 | 4pm | NOR-Cu | not here | | eg |
| 1/27/00 | 4p | m chrs | | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

Name ___GWACF___WV___    Month/Year __5-00__

| Insulin | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg - 15u  7 sq 9 AM NPH - 20u  7 sq 9 AM START DATE 3/30  STOP DATE 6/30 | 9A | | | | | | | 13 | | | | | | | | | | | | | 13 | | | | | | 13 | | | | |
| Reg - 12u  7 sq 9 pm NPH - 10u  7 sq 9 pm START DATE 3/30  STOP DATE 6/30 | 9p | | | | | 13 | | | | | | | | 13 | | | | | | 14 | | | | | | | | | | | |
| Maddey 30u PO TID PRN x 3 dup START DATE 6/6/00  STOP DATE 6/8/00 | PA2  PHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Risperdal 30 PO TID PRN x 3 dup START DATE 6/6/00  STOP DATE 6/6/00 | PA2  PHS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Librium 50mg PO stat START DATE 6/6/00  STOP DATE 6/6/00 | 6P | | | | | SBK | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S SIGNATURE _Carol Snell_    INITIAL _CS_    NURSE'S SIGNATURE _____    INITIAL _B_

ALLERGY: NKDA   1.6.53

DIAGNOSIS: IDDM / Psych

PATIENT: Jackson, Arthur   ID: 00030   WING: 4D

DOCUMENTATION CODES =
Discontinued Order    R - Refused    S - Self Administered
Dose Omitted         C - Court      NS - No Show
                                    O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 6/u | 4P | coumadin held | | | CB |
| 5/21 | 4p | EBS 5C | needs keys | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:



| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |

## MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG/STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 5/3/00 | | | | | |
| 5/3/00 | 10— | 1m hew on wknd only | | | SM |
| 5/9/00 A | | Efexor 75 | | | |

KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE:

MEDICATION:
# OF PILLS:
START/STOP DATES:
NURSE SIGNATURE:
INMATE SIGNATURE: