IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ARTHUR JACKSON, III**           :     NO. 02-3230

     **V.**                      :     CIVIL ACTION

**DELAWARE COUNTY ET AL**         :     JURY TRIAL REQUESTED

## ORDER

**AND NOW,** this _____ day of _____, 2004, upon consideration of Defendants' Daubert Motion and any Response thereto, it is hereby **ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.

BY THE COURT:

_____
**BAYSLON, MICHAEL M.         J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR JACKSON, III** | : | **NO. 02-3230** |
| **V.** | : | **CIVIL ACTION** |
| **DELAWARE COUNTY ET AL** | : | **JURY TRIAL REQUESTED** |

**DEFENDANTS' DAUBERT MOTION WITH RESPECT
TO PLAINTIFF'S EXPERT WITNESSES**

Defendants, Delaware County, Delaware County Board of Prison Inspectors, Charles, P. Sexton, Jr. and George W. Hill, by and through their attorneys, hereby move this Honorable Court to preclude Plaintiff's experts, Dr. Daniel Gzesh and Dr. Lee Silverman, and in support thereof aver as follows:

Moving Defendants join in and adopt the factual averments and legal arguments set forth in the Wackenhut Defendants' Daubert Motion with respect to Plaintiff's expert witnesses and accompanying Memorandum of Law, and incorporate same by reference as if set forth at length herein.

**WHEREFORE,** for the reasons stated above, Defendants respectfully request that this Honorable Court grant their Daubert Motion regarding Plaintiff's expert witnesses.

Respectfully submitted:

**DIORIO AND SERENI, LLP**

Date: _____    BY: _____
**ROBERT M. DIORIO**
I.D. No.: 17838

BY:   **KM 1316**
**KATHLEEN E. MAHONEY**
I.D. No.: 77873
Front & Plum Streets
Media, Pa. 19063
(610) 565-5700
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

We, Robert M. DiOrio, Esquire, and Kathleen E. Mahoney, Esquire hereby certify that a true and correct copy of the foregoing Daubert Motion regarding Plaintiff's experts was served on the date below by first class, U.S. mail, postage pre-paid, and facsimile upon the following:

Derrick Howard, Esquire
John Rollins, Esquire
**HOWARD ROLLINS, LLC**
1319 South Broad Street
Philadelphia, PA 19147
(Facsimile 610-941-8133)

David F. White, Esquire
Dennis Herbert, Esquire
**KELLY, McLAUGHLIN, & FOSTER**
620 W. Germantown Pike
Suite 350
Plymouth Meeting, PA 19462
(Facsimile 215-334-7445)

William C. Reil, Esquire
42 S. 15th Street
Philadelphia, PA 19102

_____
**ROBERT M. DIORIO, ESQUIRE**
Pa I.D. No. 17838

   KM   1316   
**KATHLEEN E. MAHONEY**
Pa I.D. No. 77873
DiOrio & Sereni, L.L.P.
Front & Plum Streets
P.O. Box 1789
Media, PA 19063
(610) 565-5700
(610) 891-0652 (fax)

**Date:_____**