EXHIBIT H

HARRISBURG BRANCH

10/15/96
DATE DICTATED

## PENNSYLVANIA BUREAU OF DISABILITY DETERMINATION
## TRANSCRIPTION OF TELERECORDED MESSAGE

LEE SILVERMAN MD
FITZGERALD MERCY HOSPITAL
1500 LANSDOWNE AVENUE
DARBY PA. 19023

TDN#:

Phone: 610 237 4122

ADJUDICATOR: S COOK

RE: ARTHUR JACKSON III

SSN: 203 42 8537

DATE: 10/16/96     #7457

### HISTORY OF PRESENT ILLNESS

Let me state from the onset that I only began working with Mr. Jackson on August 19, 1996. I have had a total of six outpatient appointments with him, the last being October 8, 1996. I also treated him briefly on an inpatient basis approximately one month ago. He was only in the hospital two days. While it is clear to me that Mr. Jackson is suffering from some form of depressive and possibly anxiety disorder, it is not clear to me exactly what his illness is and the brief period of time that we've been working together does not allow me to really accurately comment in terms of his long term prognosis or disability.

Essentially Mr. Jackson first presented to my office August 19, 1996 complaining of depression with thoughts of suicide. He also complained of a severe chronic insomnia sleeping, in his words, between one and two hours a day. He reports that approximately six to 12 months before he saw me, he was in a hospital for many, many months being treated with intravenous antibiotics for what he described as a spinal osteomyelitis. Since that time he has had severe back and lower extremity pain, has been disabled, and he believes his depression stems from that.

He denied being on any narcotics at the time I saw him, describes his premorbid lifestyle as being quite active physically, being involved in martial arts and sports and being actively involved in various odd jobs that he used to maintain his lifestyle. Since that physical illness he reports an inability to work and support himself.

Please note that he was an inconsistent historian and at times it was difficult to accurately gauge the truthfulness of what he was telling me. He described a past history of some type of employment in the computer industry and also a vague, almost fantastic description of prior military experience as well. He described or at least alluded to an extensive history of violence in his past and again there was a fantastic quality to what he was describing. I am unable to again gauge the validity of what he was telling me

LEE SILVERMAN MD/ARTHUR JACKSON III/SSN: 203 42 8537/P. 2

although I can't rule it out.

Essentially he was describing a severe global insomnia, anxiety, fearfulness to leave home, significant decrease in his ability to be motivated and be around others, and intrusive thoughts of suicide and violent thoughts which he at the time was trying to control. He also was living with a woman who I later discovered was mentally ill herself and quite chaotic.

Mr. Jackson also admitted to although minimized an extensive history of alcohol abuse. I believe he has pancreatitis and possibly liver problems secondary to this. It is unclear to me whether he actually suffered from cirrhosis. Liver function tests that I obtained were normal. He did admit to binge drinking at the time of our first encounter. Although he minimized alcohol use since then, it is difficult for me to note to what extent he has been drinking since then although he does appear to be working toward sobriety.

I initially treated him with a number of medications and finally came to the combination of Effexor which I believe is 75 mg two or three times a day and Klonopin I believe he is on 4 mg a day. With the Klonopin and the Effexor, he did report a significant decrease in his anxiety and an improvement in his sleep. The sleep was also helped by the addition of I believe Trazodone 100 mg at bedtime.

The brief inpatient stay he was involuntarily committed by his wife and/or an emergency room doctor due to allegations of threats of suicide. In the hospital the patient denied ever having suicidal intent and he felt that it was a misunderstanding. In the hospital while being seclusive to his room and avoidant of others and somewhat guarded, he did sleep and eat normally, was not agitated, and I released him to outpatient care.

I last saw him on October 8, 1996 and his mental status examination was as follows: extremely polite and at times ingratiating and deferential, very careful of what he said and how he said it, complaining of baseline anxiety and depression, no formal thought disorder was noted. He was at times a bit preoccupied, no overt psychosis although there was a general suspiciousness to his interaction. While no overt homicidal or suicidal ideation was present, there was again a violent flavor to his thinking. Insight was superficial. Judgement appeared to be chronically impaired by impulsivity and cognitively he is of at least average intelligence.

In terms of my diagnosis, please note that these diagnoses are tentative. He clearly meets the criteria for some type of depression I would say major depression severe versus organic mood disorder depressed secondary to alcohol. He also meets the criteria for some type of anxiety disorder. If his description of his past military history is accurate, then he might meet the criteria for post-traumatic stress disorder otherwise I will name it anxiety disorder if not otherwise specified. One can also entertain the possibility of a personality disorder possibly with narcissistic borderline and possibly sociopathic traits although

EXHIBIT I

**MERCY PSYCHIATRY ASSOCIATES**

**PROGRESS NOTE**

Name: Arthur Jackson

Date: 1/28/w    Session Type: [illegible] (M/W)

Diagnosis/Target Symptoms: ___

Anxiety Symptoms ↑(✓) ↓( ) ___

Depression Symptoms ↑(✓) ↓( ) ___

Psychotic Symptoms ↑( ) ↓( ) ∅

Cognitive Symptoms ↑( ) ↓( ) Intact

Agitation/Mania ↑( ) ↓( ) [illegible]

Self-Injury Ideation ∅  Plan ___ Intent ___ Behavior ___ Contracts/Safety ✓

Violence Ideation ∅  Plan ___ Intent ___ Behavior ___ Contract/Safety ✓

Activity/Function [illegible]

Side Effects ∅

Adjunctive Treatment [illegible]

Communication/Data: Very tearful, despondent [illegible] overwhelmed by [illegible] Extra anxious, [illegible] pressures today, "9 32 oz" [illegible], daughter pregnant 16 y/o → [illegible] baby, mild alcohol intoxication [illegible]

Impression/Elaboration: c/o poor sleep [illegible]

Intervention/Plan: [illegible] daughter [illegible] sobriety, [illegible]

RTO: 1 mo    Signature: [signed] Lee D. Silverman, M.D.

( )Rx  ( )Labs  ( )Referral  ( )Change Level of Care  ( )Correspondence  ( )Procedure

Can't get [illegible] [illegible] 70 #70 [illegible]

EXHIBIT J

**MERCY PSYCHIATRY ASSOCIATES**

**PROGRESS NOTE**

Name: Arthur Jackson

Date: 5/2/99   Session Type: brief

Diagnosis/Target Symptoms: ✓ depression, insomnia, nightmares

Anxiety Symptoms ↑( ) ↓(✓)

Depression Symptoms ↑( ) ↓(✓)

Psychotic Symptoms ↑( ) ↓( ) ∅

Cognitive Symptoms ↑( ) ↓( ) ∅

Agitation/Mania ↑( ) ↓( ) ∅

Self-Injury Ideation ∅  Plan ___ Intent ___ Behavior ___ Contracts/Safety ✓

Violence Ideation ∅  Plan ___ Intent ___ Behavior ___ Contract/Safety ✓

Activity/Function: largely confined to home

Side Effects: minimal

Adjunctive Treatment: resistant "afraid" of seeing his wife

Communication/Data: ⊕ had recent nightmares re drinking binge, nightmares, committing to sobriety

Impression/Elaboration: psychiatrically stable, sober (?)

Intervention/Plan: _____

RTO: 1 month   Signature: Lee D. Silverman, M.D.

( )Rx  ( )Labs  ( )Referral  ( )Change Level of Care  ( )Correspondence  ( )Procedure

EXHIBIT K

**MERCY PSYCHIATRY ASSOCIATES**

**PROGRESS NOTE**

Name: Arthur Jackson

Date: 1/14/99    Session Type: visit

Diagnosis/Target Symptoms: Insomnia, depression

Anxiety Symptoms ↑(✓) ↓( ): dysphoric but calm in my office

Depression Symptoms ↑(✓) ↓( ): ∅

Psychotic Symptoms ↑( ) ↓( ): ∅

Cognitive Symptoms ↑( ) ↓( ): intact

Agitation/Mania ↑( ) ↓( ): ∅

Self-Injury Ideation ∅  Plan ___  Intent ___  Behavior ___  Contracts/Safety ✓

Violence Ideation ∅  Plan ___  Intent ___  Behavior ___  Contract/Safety ✓

Activity/Function: mostly home

Side Effects: weight gain (?)

Adjunctive Treatment: needed

Communication/Data: Pt had drinking binge → DUI – now faces prison. Very distraught. c/o mild insomnia

Impression/Elaboration: mild depression

Intervention/Plan: Rx samples one month

RTO ___    Signature: Lee D. Silverman, M.D.

( )Rx  ( )Labs  ( ) Referral  ( )Change Level of Care  ( )Correspondence  ( )Procedure

EXHIBIT L

## MERCY PSYCHIATRY ASSOCIATES

### PROGRESS NOTE

Name: [illegible handwriting]
Date: 10/16/00    Session Type: [illegible]
Diagnosis/Target Symptoms: MDD / ETOH

✓ Anxiety Symptoms ↑( ) ↓( ) _____
✓ Depression Symptoms ↑( ) ↓( ) _____
✓ Psychotic Symptoms ↑( ) ↓( ) _____
✓ Cognitive Symptoms ↑( ) ↓( ) [illegible]

Agitation/Mania ↑( ) ↓( ) _____
Self-Injury Ideation  Ø  Plan ___ Intent ___ Behavior ___ Contracts/Safety ✓
Violence Ideation  Ø  Plan ___ Intent ___ Behavior ___ Contract/Safety ✓

Activity/Function: [illegible]
Side Effects: [illegible]
Adjunctive Treatment: [illegible]
Communication/Data: Pt drunk × [illegible] weeks — [illegible] very [illegible] ([illegible]? [illegible]?) [illegible] c/o "vertigo"

Impression/Elaboration
↑ alcohol [illegible]
stable [illegible]

Intervention/Plan
[illegible]
RTO [illegible]

RTO _____    Signature: _____
                          LEE D. SILVERMAN, M.D.
( )Rx  ( )Labs  ( ) Referral  ( )Change Level of Care  ( )Correspondence  ( )Procedure

EXHIBIT M

**MERCY PSYCHIATRY ASSOCIATES**

**PROGRESS NOTE**

Name: Arthur Jackson

Date: 1/22/00  Session Type: Brief

Diagnosis/Target Symptoms: MDD, ETOH

Anxiety Symptoms ↑( ) ↓( ): mild

Depression Symptoms ↑( ) ↓( ): ∅

Psychotic Symptoms ↑( ) ↓( ): ∅

Cognitive Symptoms ↑( ) ↓( ): intact

Agitation/Mania ↑( ) ↓( ): ∅

Self-Injury Ideation ∅ Plan ___ Intent ___ Behavior ___ Contracts/Safety ✓

Violence Ideation ∅ Plan ___ Intent ___ Behavior ___ Contract/Safety ✓

Activity/Function: Exercises more, more vocal

Side Effects: wgt gain

Adjunctive Treatment: ∅

Communication/Data: I spoke c Dr Elsha about patient — we agreed that suspicion about excessive alcohol use justified

Impression/Elaboration: pt denies ETOH ≥ 17 months, attends AA, weekends in prison, c/o backpain ⟹ stressed need for sobriety pt agrees — will not continue to prescribe Klonopin if he relapses significantly

Intervention/Plan: MD Elsha/future (will call us) her Klonopin ⟹ sample Ativan

RTO ___  Signature: Lee D. Silverman, M.D.

( )Rx  ( )Labs  ( ) Referral  ( )Change Level of Care  ( )Correspondence  ( )Procedure