# EXHIBIT N

ility Name DCP WE 15

Month/Year Feb 00

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPH R 20/15 U 7 59 Am<br>Init. B START DATE STOP DATE | 4A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NPH R 10/12 U 7 58 Pm<br>Init. B START DATE STOP DATE | 4P | | | | | | | | | | | | | | | | | | | | | | | | | | | S | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY NKA BD 1/6/53

DIAGNOSIS IDDM WE

PATIENT NAME Jackson Arthur ID 00B32 WING PR

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | IN |
|---|---|---|---|
| M. Pyle [illegible] | B | | |

OCUMENTATION CODES =
C - Discontinued Order
O - Dose Omitted
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |

ity Name GWHCF use I/M's psych drugs 15 W/E

Month/Year

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trazadon 200mg Po HS x 15 W/E<br>MEC START DATE 2/26 STOP DATE | H | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Librium 50mg Tid<br>MEC START DATE 2/26 STOP DATE | A<br>N<br>H | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY NKA

DIAGNOSIS IDDM

PATIENT NAME Jackson Arthur ID 001232 WING W/E PR

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INIT |
|---|---|---|---|
| ME Connelly RN | MEC | | |

DOCUMENTATION CODES =
- C - Discontinued Order
- D - Dose Omitted
- - Medical Hold
- R - Refused
- C - Court
- LD - Lock Down
- S - Self Administered
- NS - No Show
- O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED** | **MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. | DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |

ity Name Psych Meds

Month/Year

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trazadone 200 mg po HS x 15 WE<br>Init. B START DATE 2/26 STOP DATE | H / A | | | | | | | | | | | | | | | | | | | | | | | | | | 10 Mec | | | | |
| Librium 50 mg TID x 15 WE<br>Init. B START DATE 2/26 STOP DATE | A / H | | | | | | | | | | | | | | | | | | | | | | | | | | 103 X | | | | |
| Librium 100mg po X 1 dose<br>Init. SH START DATE 2/26/00 STOP DATE 2/26/00 | | | | | | | | | | | | | | | | | | | | | | | | | | | SH | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY NKA

DIAGNOSIS IDDM

PATIENT NAME Jackson Arthur ID 001232 WING WE PR

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INI |
|---|---|---|---|
| M Beasley<br>R Berry RN<br>S Hamilton RN | B<br>RB<br>SH | McConnell RN | ME |

DOCUMENTATION CODES =
D - Discontinued Order
D - Dose Omitted
Medical Hold
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| PRN AND MEDICATIONS ADMINISTERED | | | | | | MEDICATIONS NOT ADMINISTERED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. | DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |

[Faci]lity Name: Simons

Month/Year: [illegible]

| Medication | HOUR | Administration (days 1–30) |
|---|---|---|
| Trazodone 200mg p.o. q HS + 90 days. START DATE 3/3/[illegible] STOP DATE 6/3/[illegible] | HS | [illegible initials] |
| Effexor 200mg p.o. TID + 90 days. START DATE 3/3/[illegible] STOP DATE 6/3/[illegible] | A, N, HS | [illegible initials] |
| Klonopin I mg po q AM & Noon. START DATE 3/4/[illegible] STOP DATE 6/4/[illegible] | A, N | [illegible initials] |
| Klonopin II mg po q HS / 90 days. START DATE 3/4/[illegible] STOP DATE 6/7/[illegible] | HS | |
| START DATE STOP DATE | | |
| Orders are for WE only. START DATE STOP DATE | | |
| I/M will use own meds. START DATE STOP DATE | | |
| START DATE STOP DATE | | |
| START DATE STOP DATE | | |

ALLERGY: NKDA DOB 1/16/53

DIAGNOSIS: Depression

PATIENT NAME: Jackson Arthur ID 002232 WING W.Kend

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| [illegible signature] | [illegible] | McConnell RN | |
| McConnell RN | McC | | |

DOCUMENTATION CODES =

C - Discontinued Order
D - Dose Omitted
M - Medical Hold
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| PRN AND MEDICATIONS ADMINISTERED | | | | | | MEDICATIONS NOT ADMINISTERED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. | DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
| | | | | | | 3/18 | | Effexor 005 | | | |
| | | | | | | 3/18 | | EFFEXOR 005 | | | Tm |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |

(224)

Facility Name DCP 15 WE

Month/Year March/00

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPH 20 U Sq. q A.M. / R 15 U Sq / MARCH / Init. B START DATE 3/3/0 STOP DATE 6/3/0 | 4A | | | | | B | | | | | | BB | | | | | | | B | | | | | | | BB | | | | | |
| NPH 10 U Sq. q PM / R 12 U Sq. / MARCH / Init. B START DATE 3/3/0 STOP DATE 6/3/0 | 4P | | | | [initials] | [initials] | | | | | | [initials] | | | | | | | [initials] | | | | | | | ✓ | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY NKA BD 1/6/53

DIAGNOSIS IDDM / Psych WE

PATIENT NAME Jackson Arthur ID 06232 WING PR

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INIT |
|---|---|---|---|
| [signature] | B | DC | |

DOCUMENTATION CODES =
C - Discontinued Order
O - Dose Omitted
R - Refused
C - Court
S - Self Administered
NS - No Show
O - Other

week ends

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 3/5 | 4P | FBS | She [illegible] | | [illegible] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |

ity Name GWHCF

Month/Year April 2000

| Medication | HOUR |
|---|---|
| Trazedone 200mg PO q HS x 90 days. Init. START DATE 3/13/00 STOP DATE 6/13/00 | HS |
| Effexor 200mg PO TID x 90 days. Init. START DATE 3/13/00 STOP DATE 6/13/00 | A N HS |
| Klonopin i mg PO q AM + NOON. Init. START DATE 3/14/00 STOP DATE 5/14/00 | AM N |
| Klonopin ii mg PO q HS x 90 days. Init. START DATE 3/14/00 STOP DATE 6/14/00 | HS |
| Init. START DATE STOP DATE | |
| Init. START DATE STOP DATE | |
| Init. START DATE STOP DATE | |
| Init. START DATE STOP DATE | |
| Init. START DATE STOP DATE | |

ALLERGY NKDA DOB: 1/6/53

DIAGNOSIS Depression

PATIENT NAME Jackson, Arthur ID 002332 WING

DOCUMENTATION CODES =
- Discontinued Order
- Dose Omitted
- Medical Hold

R - Refused
C - Court
LD - Lock Down

S - Self Administered
NS - No Show
O - Other

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INIT

No More! ~~W/E x 15~~

* USE I/M c own meds weekenders

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 4/15 | All A.M | Meds + | Insulin | c Reed | [illegible] |
| | | | | intoxicated | |
| 4/28/00 | N | Effexor | 800 | 0 | [illegible] |
| 4/29/00 | | Effexor | not avail | | [illegible] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |



[Facilit]y Name GWHCF — Held (In) — Month/Year April 2000

| Medication | Hour | Days 1–31 |
| --- | --- | --- |
| R - 15u, NPH - 20u > SQ q am, DN; START DATE 3/3/00 STOP DATE 6/3/00 | 4A | B B (8–9); B B B (15–17); B B B (22–24); circled mark (27); B B (29–30) |
| START DATE STOP DATE | | |
| R - 12u, NPH - 10u > SQ q pm; START DATE 3/30/00 STOP DATE 6/3/00 | 4p | initials on day 2, day 9, days 15–16 (circled, "given"), day 17 (circled), day 22 and day 30 |
| START DATE STOP DATE | | |
| START DATE STOP DATE | | |
| START DATE STOP DATE | | |
| START DATE STOP DATE | | |
| START DATE STOP DATE | | |
| START DATE STOP DATE | | |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
| --- | --- | --- | --- |
| [signature] RN | DN | [signature] | B |

[All]ergy: NKDA — 1/6/53 — 4D

[Dia]gnosis: IDDM / psych

[Pa]tient Name: Jackson, Aurthur — ID 00232 — Wing PR

[Do]cumentation Codes =
- Discontinued Order
- Dose Omitted
- Medical Hold
- R - Refused
- C - Court
- LD - Lock Down
- S - Self Administered
- NS - No Show
- O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 4/17/00 | 4pm | NOR can not locate | | | [illegible] |
| 4/27/00 | 4P | no show | | | [illegible] |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |



(Fac)ility Name GWHCF W Month/Year 5-00

| Medication | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insulin Reg-15u, NPH-20u > sq 9 AM<br>Init. START DATE 3/30 STOP DATE 6/30 | 4A | | | | | | BB | | | | | | | | B | | | | | | BB | | | | | | | BB | | | |
| Reg-12u, NPH-10u > sq 9 pm<br>Init. START DATE 3/30 STOP DATE 6/30 | 4P | | | | | | CS | CS | | | | | | CS | | | | | | | KD | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Maalox 30cc PO TID PRN x 3 days<br>Init. CS START DATE 5/6/00 STOP DATE 6/8/00 | PRN A N HS | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Kaopectate 30cc PO TID prn x 3 days<br>Init. CS START DATE 5/6/00 STOP DATE 5/8/00 | PRN A N HS | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Librium 50mg PO stat<br>Init. CS START DATE 5/6/00 STOP DATE 5/6/00 | 6P | | | | | | CS | | | | | | | | | | | | | | | | | | | | | | | | |

| ALLERGY | NKDA 1.6.53 | | |
|---|---|---|---|
| DIAGNOSIS | IDDM / Psych | | |
| PATIENT NAME | Jackson, Aurthur | ID 00232 | WING 4D |

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| Carol Friedman | CS | [illegible] | |

DOCUMENTATION CODES =
DC - Discontinued Order
DO - Dose Omitted
MH - Medical Hold
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED** / **MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. | DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 6/16 | 4P | insulin held | | | CB |
| | | | | | | 5/21 | 4A | FBS 56 – [illegible] | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |

Facility Name HILL (GEORGE W) CORR FAC WE FRI → Sun

Month/Year

| Medication | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| TRAZODONE 100MG TAB<br>TWO (2) TABS (200MG) ORALLY AT BEDTIME<br>Rx 1864168 GESSNER, VICTORIA , MD<br>Init. START DATE 03/04/00 STOP DATE 06/01/2000 | hs | |
| Effexor 200mg po TID x90days<br>Init. START DATE 3/3 STOP DATE 6/03 | A<br>N<br>hs | |
| Klonopin 1mg po q AM + N<br>Init. START DATE STOP DATE | AM<br>N | |
| Klonopin 1mg po q hs x90days<br>Init. START DATE 3/4 STOP DATE 6/4 | hs | |
| Init. START DATE STOP DATE | | |
| Init. START DATE STOP DATE | | |
| Init. START DATE STOP DATE | | Released |
| Init. START DATE STOP DATE | | |
| Init. START DATE STOP DATE | | |

ALLERGY NKDA 1.6.53

DIAGNOSIS Depression

PATIENT NAME JACKSON, ARTHUR ID 001232 WING AR

NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE

WE

DOCUMENTATION CODES =
DC - Discontinued Order
DO - Dose Omitted
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

PHARMACY SUGGESTIONS/RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ESPIRATION | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLOOD PRESSURE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PRN AND MEDICATIONS ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**MEDICATIONS NOT ADMINISTERED**

| DATE | TIME | DRUG/ STRENGTH | REASON | EFFECTIVE | NURSE INT. |
|---|---|---|---|---|---|
| 5/3/00 | | | | | |
| 5/3/00 | HS — | 1/m hue | on wkend | only — | [illegible] |
| 5/7/00 | A | Effexor | | [illegible] | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**KEEP-ON-PERSON MEDICATIONS: INMATE SIGNATURE SIGNIFIES RECEIPT OF MEDICATION, ADMINISTRATION DIRECTIONS & EDUCATION**

| | |
|---|---|
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |
| MEDICATION: | MEDICATION: |
| # OF PILLS: | # OF PILLS: |
| START/STOP DATES: | START/STOP DATES: |
| NURSE SIGNATURE: | NURSE SIGNATURE: |
| INMATE SIGNATURE: | INMATE SIGNATURE: |