EXHIBIT R

Case 2:02-cv-03230-MMB   Document 58-9   Filed 03/19/2004   Page 1 of 11

ADJUDICATOR: S. Cook                   CLAIMANT NAME: ARTHUR JACKSON III
                                       SSN: 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

## DAILY ACTIVITIES QUESTIONNAIRE

PLEASE COMPLETE THE FOLLOWING QUESTIONS TO THE BEST OF YOUR ABILITY. PLEASE EXPLAIN YOUR ANSWERS WHENEVER POSSIBLE BY GIVING DESCRIPTIONS AND EXAMPLES. COMPLETE THE QUESTIONS ACCORDING TO WHAT YOU DO **MOST** DAYS. YOUR COOPERATION IS APPRECIATED.

**GENERAL INFORMATION:**

1. Where do you currently live?
   Home_____  Apartment_____  Boarding House_____
   Nursing Home_____  Other  X  WITH FRIEND

2. Do you live alone? Yes_____ No  X
   If no, who lives with you?
   CAMILLA MCFADDEN + HER TWO CHILDREN

**SECTION I:**

1. What do you do on a **TYPICAL** day from the time you wake up until going to bed?
   GET UP TAKE SHOWER AND GO DOWN STAIRS + WATCH TV EAT DINNER + GO TO BED

   How have these activities changed because of your condition?
   HAVE NOT CHANGED

2. Do you need any special help or reminders to take care of your personal needs (washing, bathing, shaving, dressing, etc.)?
   Yes  X  No_____
   If yes, **PLEASE DESCRIBE.**
   REMINDING ME TO CHANGE MY CLOTHES DAILY, AND BATHE

605302
165  7/93


TDN: 0006560037

R

ADJUDICATOR: S. Cook                          CLAIMANT NAME: ARTHUR JACKSON III
                                              SSN: 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

3. Do you clean your home? NO
   If yes, what type of things are done?
   If no, what type of help is needed?
   CAMILLA MCFADDEN DOES IT + KIDS HELP HER OUT AND THEY DO MOST OF THE WORK

4. Do you do your own shopping? NO
   If yes, do you buy appropriate items and get correct change?
   If no, what type of help is needed?
   ONE OF MY NEIGHBORS DO IT FOR ME OR IT IS DELIVERED

5. Do you prepare meals?
   If yes, what kinds of foods are made? YES
   If no, what type of help is needed?
   MICROWAVE

6. Do you drive a car? Yes __X__ No __X__
   Can you take a bus/train/cab alone? Yes ____ No __X__
   If no, why? CANNOT BE LEFT STANDING, LACK OF CONCENTRATION + GET LOST

7. Can you handle your own bills? Yes ____ No __X__
   If no, why? MAJOR DEPRESSION SOMETIMES I JUST CAN'T DO IT.

**SECTION II**

1. Do you have any problems getting along with family, friends, <u>neighbors,</u> etc.? Yes __X__ No ____
   If yes, explain and **GIVE EXAMPLES**.
   ANGER, CAN'T GET OUT OF BED SOMETIMES BECAUSE I DON'T WANT TO SEE ANYBODY.

2. Describe what kinds of activities you participate in with relatives, friends, etc.
   NONE

   How often do you participate in these activities?

Page 3 of 6



605302

TDN: 0006560037

ADJUDICATOR: S. Cook            CLAIMANT NAME: ARTHUR JACKSON III
                                SSN: 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

3. How well do you get along with people in authority (doctors, supervisors, police officers, etc.)? **PLEASE EXPLAIN.** WHEN AT TIMES I DO WELL BUT I AM NOT RESPONDING WELL TO MY MEDICATION THEN I HAVE PROBLEMS.

4. How well do you respond to criticism? **PLEASE EXPLAIN.**
SAME, SOMTIMES OK. BUT I WILL LASH OUT

5. Do you have any difficulty when you go out in public?
Yes __X__ No _____
If yes, **PLEASE DESCRIBE.**
I AVOID IT   PANIC ATTACKS

6. Do you belong to any groups or clubs? Yes _____ No __X__
If yes, **PLEASE DESCRIBE.**

7. Have you ever been in fights, evicted, fired, etc.? Yes __X__ No _____
If yes, **PLEASE DESCRIBE.**
ANGER, CONFUSION, RAGE, HATE + I HATE MYSELF HAVE NO DISCIPLINE FOR MYSELF

**SECTION III**

1. Do you have any hobbies or interests? Yes _____ No __X__
If yes, **PLEASE DESCRIBE.**

2. Are you able to start and complete projects or activities such as, reading a book, putting a puzzle together, sewing/needlepoint, fixing things around the house, etc.? Yes _____ No __X__
**PLEASE DESCRIBE AND GIVE EXAMPLES.**
I start but forget where I was in the project or loose interest



ADJUDICATOR: S. Cook               CLAIMANT NAME: ARTHUR JACKSON III
                                   SSN: 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

3. Are you able to plan each day such as, when to get up, start meals, finish household chores, go to appointments, etc.? Yes____ No _X_
   If no, **GIVE EXAMPLES.**
   I CAN GET UP ON MY OWN, BUT NOW AFTER THIS DEPRESSION SOMEONE HAS TO PUT IT ON THE CALENDAR FOR ME.

4. Do you have trouble following instructions and carrying them out?
   Yes _X_ No____
   If yes, **GIVE EXAMPLES.**
   LACK OF CONCENTRATION, I START ONE THING THEN DO SOMETHING ELSE

## SECTION IV

1. What happens when you are faced with changes such as, change in daily schedule, change in living arrangements, change in doctors etc.?
   ANGER, I GET STRESSED THEN NOTHING HAPPENS BECAUSE I JUST LEAVE

2. What happens when you have a disagreement with someone?
   DEPENDS ON HOW I AM RESPONDING TO MEDICATION COULD END UP IN FIGHT

3. Can you make decisions on your own? Yes _/_ No _/_
   If no, who helps you make decisions?
   MY FRIEND

4. Do you take medication for your condition? Yes _X_ No____
   Please list the medicine and amounts.
   DESYREL 100 mg  1-2 AT BEDTIME         PEPCID 20mg 1x
   EFFEXOR 75 mg   2x DAILY                NAPROCIN
   KLONOPIN 1 mg.  2x "    2 AT BEDTIME    SEE BACK →
   PROCARDIA 30 mg 1x "

5. Do you need help taking medication? Yes _/_ No _/_
   If yes, who helps you?
   MY FRIEND
   CAN'T REMEMBER IF ALL HAS BEEN TAKEN SO SHE CHECKS FOR ME

ADJUDICATOR: S. Cook

CLAIMANT NAME: ARTHUR JACKSON III
SSN: 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

## SECTION V

**IF YOU WORKED IN THE PAST, PLEASE COMPLETE THE FOLLOWING QUESTIONS:**

1. Did you usually report to work on time? Yes __X__ No _____
   If no, **PLEASE DESCRIBE.**

2. Did you have good attendance? Yes __X__ No _____
   If no, **PLEASE DESCRIBE.**

3. Were you usually able to keep up with your work? Yes __X__ No _____
   If no, **PLEASE DESCRIBE.**

4. Were you able to concentrate on your work for extended periods of time? Yes __X__ No _____
   If no, **PLEASE DESCRIBE.**

5. Did you have trouble getting along with your supervisors and/or coworkers? Yes _____ No __X__
   If yes, **PLEASE DESCRIBE.**

6. When changes were made at work that affected your job, were you able to accept these changes? Yes __X__ No _____
   If no, **PLEASE DESCRIBE.**

7. **Additional Comments:**
   I JUST WANT TO BE ABLE TO STAY AT HOME + GET WELL AGAIN AND GO BACK TO WORK

9-22-96
_____
Date

_____
Signature of Person Completing Form

_____
Relationship to Claimant

Page 6 of 6

605302
165 7/93

TDN: 0006560037

ADJUDICATOR: S. Cook

CLAIMANT NAME: ARTHUR JACKSON III
SSN: 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

## PERSONAL PAIN QUESTIONNAIRE

1. Describe the location, severity, and nature (sharp, dull, aching, etc.) of your pain.

   PAIN IS LOCATED IN L-5, L-4, S-1 BACK AND GROIN. ANY BENDING OR STANDING, SITTING SHARP IN TESTICLES

2. What makes your pain worse (movement, cold weather, etc.)? Is your pain worse in the morning, afternoon, or evening?

   PAIN IS ALL THE TIME NO MATTER WHAT

3. How often do you experience pain? Per day/per week? How long does the pain last?

   PAIN IS ALL THE TIME NO MATTER WHAT

4. Is your pain located in a specific area or does it radiate (move) into other areas?

   GOES FROM BACK (LUMBAR) TO GROIN AREA. PAIN IN TESTICLES IS UNBEARABLE

5. Has your pain changed over the last 12 months? If so, how?

   HAS NOT BEEN 12 MONTHS ~~STILL~~

6. Are you using pain medication? Yes ___ No X  If yes, what is the name of the medication and the dosage? What is the name, address, and telephone number of the doctor who prescribed the medication?

   NOTHING WORKS AND I AM AFRAID OF ADDICTION

Page 2 of 4



605302  TDN: 0006560047   R

ADJUDICATOR: S. Cook                         CLAIMANT NAME: ARTHUR JACKSON III
                                             SSN: 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

7. How does the medication affect the pain? What side effects from the medication do you have?

   I AM NOT TAKING PAIN MEDICATION, IT DOES NOT WORK!!! STOP ASKING ME!!! DAMN!!

8. Describe any other treatments that you use to relieve your pain (hot baths, therapy, exercise, etc.). How well do they work?

   HAVE TRIED EPIDURAL BLOCKS, PHY. THERAPY HOT SHOWERS CANNOT BATHE, ICE PACKS

9. Did you ever attend a chronic pain program? Yes _X_ No ___
   If yes, when and where?

   FITZ MERCY HOSP - DR. KEVIN CAMPBELL
   1500 LANSDOWNE AVE / PHY. THERAPY
   DARBY, PA.

10. Describe the activities that you have had to restrict or stop because of pain.

    MY WORKING ABILITIES, ALL RECREATIONAL FAMILY CARE, HOUSE DUTIES, ETC.

11. Do you use an assistive device to walk (cane, crutch, etc.)? Yes ___ No _X_
    Are you able to walk without this device? Yes ___ No ___
    When did you begin using this device?
    What is the name, address and telephone number of the doctor who prescribed this device?

12. Has pain affected the amount of time you sleep? Yes _X_ No ___
    If yes, please explain how your sleeping habits have changed.

    NO SLEEP FOR DAYS AT TIME
    SEE - (DESYREL 100 mg 1-2 AT BEDTIME)
    PER DR. LEE SILVERMAN (FITZ MERCY HOSP PSHY. UNIT)

Page 3 of 4

605302                    
                          TDN: 0006560047

ADJUDICATOR: S. Cook                    CLAIMANT NAME. ARTHUR JACKSON III
                                        SSN: 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

13. Since your pain began, have your eating habits changed due to the pain?
    Yes _X_  No ___  Has your weight changed? Yes _X_ No ___ If yes, by how much?
    50 LBS. DUE TO ELAVIL MEDICATION

    If there has been a change in either direction, were you trying to change your
    weight? Yes ___ No _X_

14. Has your ability to think and concentrate been affected by the pain?
    Yes _X_ No ___ If yes, please explain.
    HAS MADE ME UNABLE TO WORK THUS GO INTO MAJOR DEPRESSION

15. Have you ever been referred to a psychologist/psychiatrist to help cope with
    pain? Yes _X_ No ___ If yes, please provide name, address, telephone number,
    and dates of treatment.
    DR. LEE SILVERMAN, M.D.              ROSE MARINO, PH.D.
    MEDICAL DIRECTOR INPATIENT PSYCHIATRY 700 N. JACKSON ST.
    1500 LANSDOWNE AVE                    MEDIA, PA 19063
    DARBY PA. 19023                       610-566-4330
    610-237-4122, FAX 610-237-4695        FAX- 610-566-5346

16. Are you able to take care of yourself as far as day-to-day needs are concerned?
    Yes ___ No _X_ If no, please explain.
    HAVE TO BE REMINDED OF CLOTHES CHANGES + SHOWERS AND APPOINTMENTS.

17. Please describe your activities for a typical 24 hour day. Please comment on
    things such as cooking, laundry, shopping, cleaning (vacuuming, dusting,
    scrubbing), reading, hobbies, car repairs, yard work, exercise, etc.
    MICROWAVE COOKING - YES
    NO SHOPPING, CLEANING, HOBBIES, YARD WORK
    CAN NOT STAY FOCUSED

Signature _____      Date 9-22-96

Page 4 of 4

605302                TDN: 0006560047

EXHIBIT S

Feb 20 03 03:54p          Neurology Associates           215 463 0131            p.2

# Neurology Associates, Ltd.
## 1514 Wolf Street
## Philadelphia, Pa.   19145
## (215)463-3029
## (215)463-0131 Fax

**Stephen E. Reznak, M.D.**  
**Dan Gzesh, M.D.**

**Lorenzo G. Runk, M.D.**  
**Debashis Biswas, M.D.**

February 4, 2003

John Rollins, Esquire  
1134 Rodman Street  
Philadelphia, PA   19147

RE: Arthur Jackson, III

Dear Mr. Rollins:

As you know, I have been treating Mr. Jackson for a prolonged period time, including prior to his injuries of May 28, 2000.

He currently suffers from the neurological sequelae of a severe head injury. I believe the injury, a subdural hematoma, was related to the deprivation of clonazepam, which he had been receiving on a chronic basis, which led to a seizure and a subsequent head injury.

His neurological prognosis is poor at this time. It is likely that he has obtained maximum neurological improvement and further improvement is unlikely.

There is no therapy available for this condition at the current time.

Because of his injury, he has suffered significant cognitive and emotional impairment, including the inability to remember to perform activities of daily living, such as taking his insulin.

I believe the injuries are permanent, a direct result of the accident of May 28, 2000 and that he is incapable of self sufficient living.

All opinions are made with a reasonable degree of medical certainty.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Dan J. Gzesh, M.D.

DJG:MDP