IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| vs | : | |
| | : | |
| DELAWARE COUNTY; WACKENHUT CORRECTIONS CORPORATION C/O PRENTICE HALL CORP.; WACKENHUT CORPORATION; DELAWARE COUNTY BOARD OF PRISON INSPECTORS; CHARLES SEXTON, CHAIRMAN OF DELAWARE COUNTY BOARD OF PRISON INSPECTORS; GEORGE HILL, SUPERINTENDENT OF DELAWARE COUNTY PRISON (GEORGE W. HILL CORRECTIONAL FACILITY); JAMES JANECKA, WARDEN OF DELAWARE COUNTY PRISON; DEBORAH PERRETTA, HEALTH SERVICES ADMINISTRATOR OF DELAWARE COUNTY PRISON; MARGARET CARRILLO, M.D., DELAWARE COUNTY PRISON; DR. FREDERICK, DELAWARE COUNTY PRISON; DR. HOLLAND HULL, DELAWARE COUNTY PRISON; MERIAN BYRD, NURSE, DELAWARE COUNTY PRISON; CAROL SNELL, NURSE, DELAWARE COUNTY PRISON | : | NO. 02-3230 |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURTS**

    Kindly withdraw my appearance as co-counsel on behalf of Defendants Delaware County, Delaware County Board of Prison Inspectors, Charles Sexton and George Hill in

353795-1

reference to the above referenced matter.  Robert D'Orio of D'Orio and Serini continues as counsel for the above-mentioned Defendants.

    /s/ David F. White_____
David F. White
I.D. No. 55738
Kelly, McLaughlin, Foster, Bracaglia,
Daly, Trabucco & White, LLP
620 W. Germantown Pike
Plymouth Meeting, PA  19422
(610) 941-7900
Attorneys for Defendants,
Wackenhut Corrections Corporation,
The Wackenhut Corporation
and James Janecka, Deborah Perretta,
Margaret Carrillo, M.D., Dr. Frederick,
Dr. Holland Hull, Meriam Byrd, and Carol Snell

353795-1

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| DELAWARE COUNTY; WACKENHUT CORRECTIONS CORPORATION C/O PRENTICE HALL CORP.; WACKENHUT CORPORATION; DELAWARE COUNTY BOARD OF PRISON INSPECTORS; CHARLES SEXTON, CHAIRMAN OF DELAWARE COUNTY BOARD OF PRISON INSPECTORS; GEORGE HILL, SUPERINTENDENT OF DELAWARE COUNTY PRISON (GEORGE W. HILL CORRECTIONAL FACILITY); JAMES JANECKA, WARDEN OF DELAWARE COUNTY PRISON; DEBORAH PERRETTA, HEALTH SERVICES ADMINISTRATOR OF DELAWARE COUNTY PRISON; MARGARET CARRILLO, M.D., DELAWARE COUNTY PRISON; DR. FREDERICK, DELAWARE COUNTY PRISON; DR. HOLLAND HULL, DELAWARE COUNTY PRISON; MERIAN BYRD, NURSE, DELAWARE COUNTY PRISON; CAROL SNELL, NURSE, DELAWARE COUNTY PRISON | : | NO. 02-3230 |

**CERTIFICATE OF SERVICE**

I, David F. White, do hereby certify that a true and correct copy of the Motion for Summary Judgment has been served by U.S. Mail, First Class, postage prepaid, to the following at the addresses and on the date listed below:

>Derrick Howard
>John Rollins, Esquire
>HOWARD ROLLINS & JONES
>1319 South Broad Street
>Philadelphia, PA  19147
>
>Kathleen E. Mahoney, Esquire
>Robert M. DiOrio, Esquire
>Front and Plum Streets
>P.O. Box 1789
> Media, PA  19063
>
>William C. Reil, Esquire
>42 S. 15th Street
>210 Robinson Bldg.
>Philadelphia, PA  19102

>/s/ David F. White
>David F. White

March 25, 2004
Date

353795-1