IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR JACKSON, III** | : | NO. 02-3230 |
| **V.** | : | CIVIL ACTION |
| **DELAWARE COUNTY ET AL** | : | JURY TRIAL REQUESTED |

## WITHDRAWAL OF APPEARANCE

**TO THE OFFICE OF THE CLERK:**

    Kindly withdraw my appearance on behalf of Defendants Wackenhut Corrections Corporation, Wackenhut Corporation, Warden James Janecka, Deborah Perretta, R.N., Merian Byrd and Carol Snell only.

                                  Respectfully submitted,

                                  **DIORIO & SERENI, LLP**

Date:_____           By:_____
                                        **ROBERT M. DIORIO**
                                        Attorney I.D. No.: 17838
                                        Front & Plum Streets
                                        P.O. Box 1789
                                        Media, Pa. 19063
                                        (610) 565-5700