IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR JACKSON, III** | : | **NO. 02-3230** |
| **V.** | : | **CIVIL ACTION** |
| **DELAWARE COUNTY ET AL** | : | **JURY TRIAL REQUESTED** |

## WITHDRAWAL OF APPEARANCE

TO THE OFFICE OF THE CLERK:

Kindly withdraw my appearance on behalf of Defendants Wackenhut Corrections Corporation, Wackenhut Corporation, Warden James Janecka, Deborah Perretta, R.N., Merian Byrd and Carol Snell only.

Respectfully submitted,

**DIORIO & SERENI, LLP**

Date:_____    By:    KM 1316
**KATHLEEN E. MAHONEY**
Attorney I.D. No.: 77873
Front & Plum Streets
P.O. Box 1789
Media, Pa.  19063
(610) 565-5700