| | | |
|---|---|---|
| ARTHUR JACKSON III | : | UNITED STATES DISTRICT |
| | : | COURT FOR THE EASTERN |
| vs. | : | DISTRICT OF PENNSYLVANIA |
| | : | |
| DELAWARE COUNTY PRISON, ET AL | : | CIVIL ACTION NO. 02-3230 |
| | : | |
| | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ of _____, 2004, upon consideration of Plaintiff's Motion to compel defendant to comply with the Court's Order to pay for depositions held at Delaware County Prison, and any response thereto, it is hereby ORDERED and DECREED that plaintiff's motion is GRANTED.

BY THE COURT:

_____
Honorable Michael M. Baylson
United States District Judge

LAW OFFICES OF WILLIAM C. REIL
BY:  William C. Reil, Esquire
Identification No. 26833
210 Robinson Building
42 South 15th Street
Philadelphia, PA  19102
(215) 564-1635                                    ATTORNEY FOR PLAINTIFF

ARTHUR JACKSON III                    :        UNITED STATES DISTRICT
                                                  :        COURT FOR THE EASTERN
            vs.                                   :        DISTRICT OF PENNSYLVANIA
                                                  :
DELAWARE COUNTY PRISON, ET AL    :        CIVIL ACTION NO. 02-3230
                                                  :
                                                  :        JURY TRIAL DEMANDED

### NOTICE OF MOTION

TO:    Kathleen Mahoney, Esquire          Dennis Herbert, Esquire
       DiOrio & Sereni, LLP               Kelly, McLaughlin
       Front & Plum Streets               620 W. Germantown Pike
       P.O. Box 1789                      Suite 350
       Media, PA 19063                    Plymouth Meeting, PA 19462


       PLEASE BE ADVISED that the Plaintiff's Motion to Compel defendant to comply

with the Court's Order to pay depositions held in Delaware County Prison for docketing on

3/29/04, and copies mailed thereafter to all counsel of record.  After docketing, you have

fourteen (14) days to file a responsive pleading or the matter will be taken as uncontested.



Dated: _____                        _____
                                          William C. Reil
                                          Attorney for Plaintiff

LAW OFFICES OF WILLIAM C. REIL
BY:  William C. Reil, Esquire
Identification No. 26833
210 Robinson Building
42 South 15th Street
Philadelphia, PA  19102
(215) 564-1635                                    ATTORNEY FOR PLAINTIFF

ARTHUR JACKSON III              :        UNITED STATES DISTRICT
                                :        COURT FOR THE EASTERN
        vs.                     :        DISTRICT OF PENNSYLVANIA
                                :
DELAWARE COUNTY PRISON, ET AL   :        CIVIL ACTION NO. 02-3230
                                :
                                :        JURY TRIAL DEMANDED

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S ORDER TO PAY FOR DEPOSITIONS HELD IN DELAWARE COUNTY PRISON

Plaintiff, by his undersigned counsel, requests the Court to enter an Order compelling defendants to comply with the Court's Order for payment of certain depositions, and in support thereof, it is averred as follows:

1.      Court entered an Order on December 7, 2003 clearly indicating that defendants are to pay for "**court reporter's costs and transcripts**" for five depositions noticed by plaintiff of current employees of defendant, which defendants wanted to be conducted at Delaware County Prison.  A true and correct copy of the Court's Order is attached and incorporated as exhibit "A."

2.      Plaintiff has requested defendants orally and in writing on several occasions to pay for these depositions, and no payment has been made to the best knowledge and information of undersigned counsel.

3.      Defendants hired and supplied the Court reporter for all depositions at the Prison.

4.      Defendants have apparently taken the position that the Court's Order to pay for depositions and transcripts means that they are to pay the appearance fees only for depositions and not transcripts, as indicated in the letter of Dennis P. Herbert, Esquire, dated February 27, 2004, attached and incorporated as exhibit "B."

5.      Plaintiff has received bills for these depositions, but no evidence that defendants have paid for them as ordered by the Court.

6.      Defendants are in violation of the Court's Order.

WHEREFORE, plaintiff requests the Court to enter an Order requiring defendant to comply with the Court's Order on payments for depositions and to award attorney's fees and costs for the preparation of this motion.

Respectfully submitted,

_____
William C. Reil
Attorney for Plaintiff