**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Answer and Memorandum of Law in Support of Plaintiff's Answer to Motion for Summary Judgment by All Defendants was served this 5th day of April, 2004, by first class, U.S. mail, postage pre-paid, upon the following:

Robert DiOrio, Esquire
DiOrio & Sereni, LLP
Front & Plum Streets
P.O. Box 1789
Media, PA  19063

David F. White, Esquire
Kelly, McLaughlin, Foster, Bracaglia,
 Daly, Trabucco & White, LLP
1617 JFK Boulevard
Suite 1690
Philadelphia, PA 19103-1815

_____