DATE OF NOTICE: April 6, 2004

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, et al. | : | |

**NOTICE**

Oral argument will be held on Wednesday, April 21, 2004 at 2:00 p.m. with the Honorable Michael M. Baylson regarding all outstanding motions. Please call Chambers at 267.299.7520 for the Courtroom assignment.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc: Christopher Mattox, Esq. (fax)
Kathleen Mahoney, Esq. (fax)
David White, Esq. (fax)
Robert Diorio, Esq. (fax)
John Rollins, Esq. (fax)
William Reil, Esq. (fax)
Derrick Howard, Esq. (fax)

O:\Notices\Jackson v. Del Co. 02-3230 - 4-6-04 hearing notice.wpd