IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, et al. | : | |

**ORDER**

AND NOW, this 23rd day of April, 2004, following a hearing in Court on April 21, 2004, Defendants' Motion to Preclude Plaintiff's Expert (Docket Nos. 53 and 54) is DENIED without prejudice. As discussed at the hearing, Plaintiff's counsel shall arrange for Plaintiff's experts to be deposed by defense counsel promptly, at a mutually convenient time and place. No later than the date of the deposition, Defendants shall submit to Plaintiff's counsel a fee for each doctor, not more than $500 per hour, or a maximum of $1,500.00, for the time of the doctor for preparation and appearance at the deposition.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\Orders - Civil\Jackson v. Del co. 02-3230 Order 4-23-04.wpd