IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR JACKSON, III | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-3230 |
| DELAWARE COUNTY, et al. | : | |

### O R D E R

**AND NOW, TO WIT:** This 5th day of May, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
Lynn Meyer
Deputy Clerk

cc:    Christopher Mattox, Esq. (mail)
       Kathleen Mahoney, Esq. (mail)
       David White, Esq. (mail)
       Robert Diorio, Esq. (mail)
       John Rollins, Esq. (mail)
       William Reil, Esq. (mail)
       Derrick Howard, Esq. (mail)

O:\41(b) Orders to Dismiss\Jackson v. Del Co. 02-3230 41b Order.wpd